# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| *In re:* E.I. DuPont De Nemours, and Company C-8 Personal Injury Litigation | : : : | Case No. 2:13-md-2433 |
| Plaintiffs, | : : | Judge Edmund Sargus |
| | : | Magistrate Judge Elizabeth Deavers |

## AMENDED NOTICE OF APPEARANCE

Attorney Ethan Vessels hereby gives notice of his appearance on behalf of multiple plaintiffs in the above-referenced matter, as co-counsel with David Utley and Gregory Collins, including the case of *Yakubik v. E.I. DuPont*, Case No. 12-cv-815 (S.D. Ohio), which was aggregated into this case as part of the MDL. Counsel requests to be included on ECF notices and filings regarding the above-captioned matter.

Respectfully submitted,



**Ethan Vessels** (0076277)
FIELDS, DEHMLOW & VESSELS
A LIMITED LIABILITY COMPANY
309 Second Street
Marietta, Ohio 45750
ethan@fieldsdehmlow.com
(740) 374-5346
(740) 374-5349 (facsimile)
Attorney for Plaintiff

FIELDS, DEHMLOW & VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he served a copy of the foregoing *Notice of Appearance* via ECF filing to all counsel of record.

_____
Ethan Vessels

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com