# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: E.I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION** | **Case No. 2:13-md-2433** <br><br> **JUDGE EDMUND A. SARGUS, JR.** <br> **Magistrate Judge Elizabeth P. Deavers** |

**This document relates to: ALL CASES.**

## ORDER

This matter is before the Court for consideration of potential tag-along cases pursuant to Rule 7.2 of the Rules of Procedure of the Panel on Multidistrict Litigation. The cases set forth below have been identified as tag-along cases within the meaning of Rule 7.2.[1] Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following cases to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** such cases into this multidistrict action:

*Jerry Ray McClain v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-116

*Ronald Bachtel v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-289

*Rodney Eldon Stimpert v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-158

*Carla Marie Bartlett v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-170

---

[1] Rule 7.2(a) provides as follows:

Potential tag-along actions filed in the transferee district do not require Panel action. A party should request assignment of such actions to the section 1407 transferee judge in accordance with applicable local rules.

Rules of Procedure of the Panel on Multidistrict Litigation, Rule 7.2(a).

*Karen S. Bean v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-290

*Mickey Cozart v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-291

*Kenneth Vigneron, Sr. v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-136

*Adam Eugene Gorham v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-138

*Amy Lynn Perry v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-172

*Cheryl Durst v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-292

*Sarah Marie Brown v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-171

*Larry Turley v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-293

In addition, with respect to the following tag-along cases that are currently assigned to Judge Edmund A. Sargus, Jr., the Clerk is **DIRECTED** to **CONSOLIDATE** such cases into this multidistrict action:

*Earl Edgar Frum v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-115

*James Eugene Smith v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-137

*Sharon Arnott v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-288

*Kathy Willis v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-294

Finally, pursuant to Rule 7.2 of the Rules of Procedure of the Panel on Multidistrict Litigation, the parties are cautioned that it is their responsibility to notify this Court of any additional tag-along cases filed in this district that should be consolidated into this multidistrict action.  Pursuant to Rule 7.1 of those Rules, the parties are also responsible for promptly notifying the Clerk of the Panel on Multidistrict Litigation of any tag-along cases filed in other

districts.[2]

  **IT IS SO ORDERED**.

Date: April 18, 2013                 /s/ *Elizabeth A. Preston Deavers*
                              Elizabeth A. Preston Deavers
                              United States Magistrate Judge

---

[2]Rule 7.1(a) provides as follows:

Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears. . . .

Rules of Procedure of the Panel on Multidistrict Litigation, Rule 7.1(a).