# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: E.I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

                                                        **Civil Action 2:13-MD-2433**
                                                        **Judge Edmund A. Sargus, Jr.**
                                                        **Magistrate Judge Elizabeth P. Deavers**

**This document relates to:**    2:13-cv-370 *Martin v. E.I. Du Pont De Nemours and Company*
                                       2:13-cv-369 *Lowers v. E.I. Du Pont De Nemours and Company*

## <u>ORDER</u>

For good cause shown, the Motion for Admission *Pro Hac Vice* of Kevin J. Madonna and Robert F Kennedy, Jr. is **GRANTED**, conditional upon registration for electronic filing with this Court, or seeking leave to be excused from doing so, within fourteen (14) days of date of this Order. (ECF No. 15.)

**IT IS SO ORDERED.**

Date: May 20, 2013                                                     /s/ *Elizabeth A. Preston Deavers*    
                                                                                     Elizabeth A. Preston Deavers
                                                                                     United States Magistrate Judge