UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E.I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | Case No. 2:13-md-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Elizabeth P. Deavers |
| This document relates to: <u>ALL CASES</u>. | |

## ORDER

The cases set forth below have been identified as tag-along cases within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation.[1]  Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following cases to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** such cases into this multidistrict action:

*Patricia Davidson v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-479

*James Eddy v. E.I. DuPont De Nemours and Company*, Case No. 2:13-cv-480

In addition, pursuant to Rule 7.2 of the Rules of Procedure of the Panel on Multidistrict Litigation, the parties are reminded that it is their responsibility to notify this Court of any additional tag-along cases filed in this district that should be consolidated into this multidistrict

---

[1] Rule 7.2(a) provides as follows:

Potential tag-along actions filed in the transferee district do not require Panel action.  A party should request assignment of such actions to the section 1407 transferee judge in accordance with applicable local rules.

Rules of Procedure of the Panel on Multidistrict Litigation, Rule 7.2(a).

Case: 2:13-cv-00480-EAS-EPD Doc #: 7 Filed: 06/07/13 Page: 2 of 2  PAGEID #: 73

action. Pursuant to Rule 7.1 of those Rules, the parties are also responsible for promptly notifying the Clerk of the Panel on Multidistrict Litigation of any tag-along cases filed in other districts.[2]

**IT IS SO ORDERED**.

Date: June 7, 2013                                         /s/ *Elizabeth A. Preston Deavers*
                                                           Elizabeth A. Preston Deavers
                                                           United States Magistrate Judge

---

[2]Rule 7.1(a) provides as follows:

Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears. . . .

Rules of Procedure of the Panel on Multidistrict Litigation, Rule 7.1(a).