**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: E.I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION** | Case No. 2:13-md-2433<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Elizabeth P. Deavers** |
| **This document relates to: <u>ALL CASES</u>.** | |

**<u>ORDER</u>**

The case set forth below has been identified as tag-along case within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following case to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** it into this multidistrict action:

*Connie Allen v. E. I. du Pont de Nemours and Company*, Case No. 2:13-cv-792

**IT IS SO ORDERED**.

Date: September 5, 2013            /s/ *Elizabeth A. Preston Deavers*
                                           Elizabeth A. Preston Deavers
                                           United States Magistrate Judge