10/UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE  
NEMOURS AND COMPANY C-8  
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

JUDGE EDMUND A. SARGUS, JR.  
Magistrate Judge Elizabeth P. Deavers

This document relates to: <u>ALL CASES</u>.

### TRANSFER/CONSOLIDATION ORDER NO. 6

The cases set forth below have been identified as tag-along cases within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following cases to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** these cases into this multidistrict action:

*Kanndies Carter v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1012

*Sheila J. Lowther v. E. I. Du Pont de Nemours and Company*, Case No. 13-24806

*Wendell G. Mayle v. E. I. Du Pont de Nemours and Company*, Case No. 13-24809;

*Barbara P. Powers v. E. I. Du Pont de Nemours and Company*, Case No. 13-24810;

*Thomas T. Simmons v. E. I. Du Pont de Nemours and Company*, Case No. 13-24808; and

*Michael F. Taylor v. E. I. Du Pont de Nemours and Company*, Case No. 13-24811.

**IT IS SO ORDERED.**

Date: October 11, 2013 /s/ *Elizabeth A. Preston Deavers*
Elizabeth A. Preston Deavers
United States Magistrate Judge