UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: E. I. DU PONT DE NEMOURS AND
COMPANY C–8 PERSONAL INJURY
LITIGATION                                                                                      MDL No. 2433


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO –2)**


On April 8, 2013, the Panel transferred 7 civil action(s) to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2013). Since that time, 2 additional action(s) have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Edmund A Sargus, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Sargus.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Ohio for the reasons stated in the order of April 8, 2013, and, with the consent of that court, assigned to the Honorable Edmund A Sargus, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 24, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: E. I. DU PONT DE NEMOURS AND
COMPANY C–8 PERSONAL INJURY
LITIGATION**                                                    MDL No. 2433

### SCHEDULE CTO–2 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 6 | 13–24806 | Lowther v. E.I. Du Pont De Nemours and Company |
| WVS | 6 | 13–24808 | Simmons v. E.I. Du Pont De Nemours and Company |
| WVS | 6 | 13–24809 | Mayle v. E.I. Du Pont De Nemours and Company |
| WVS | 6 | 13–24810 | Powers v. E.I. Du Pont De Nemours and Company |
| WVS | 6 | 13–24811 | Taylor v. E.I. Du Pont De Nemours and Company |