# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | Case No. 2:13-md-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Elizabeth P. Deavers |

**This document relates to: ALL CASES.**

## TRANSFER/CONSOLIDATION ORDER NO. 9

The case set forth below has been identified as tag-along cases within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following cases to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** these cases into this multidistrict action:

*Michael A. Jones, Sr. v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1047

**IT IS SO ORDERED**.

Date: October 24, 2013

/s/ *Elizabeth A. Preston Deavers*
Elizabeth A. Preston Deavers
United States Magistrate Judge