**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION** | **Case No. 2:13-md-2433**<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Elizabeth P. Deavers** |
| **This document relates to: <u>ALL CASES</u>.** | |

## TRANSFER/CONSOLIDATION ORDER NO. 10

The cases set forth below has been identified as tag-along cases within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation.  Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following cases to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** these cases into this multidistrict action:

*Charles Klein and Carol Klein v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1078

*Allen, et al. v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1081

*Troy Bearhrs v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1082

**IT IS SO ORDERED**.

Date: November 1, 2013

    /s/ *Elizabeth A. Preston Deavers*
    Elizabeth A. Preston Deavers
    United States Magistrate Judge