UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to: ALL CASES.

TRANSFER/CONSOLIDATION ORDER NO. 11

The case set forth below has been identified as tag-along case within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following case to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** this case into this multidistrict action:

*Nathan Garner v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1112

**IT IS SO ORDERED**.

Date: November 8, 2013

/s/ *Elizabeth A. Preston Deavers*
Elizabeth A. Preston Deavers
United States Magistrate Judge