IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

This document related to: *Joanna Lynn Lowers v. E. I. du Pont de Nemours and Company, Case No. 6:13-cv-2225 (S.D. W.Va.)*

### ORDER DISMISSING PLAINTIFF JOANNA LYNN LOWERS' COMPLAINT WITHOUT PREJUDICE

On prior unopposed motion, Plaintiff Joanna Lynn Lowers, by counsel, requested leave to dismiss her Complaint and Civil Action 6:13-cv-2225 (S.D. W.Va.) without prejudice. The said motion, being unopposed, is hereby **GRANTED**. The Clerk is directed to notify counsel of record accordingly.

11-15-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE