# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | MDL Docket No. 2433 |
| This Document Relates to: ELMER A. CRITES, *Plaintiff*, v. E. I. du Pont de Nemours and Company, *Defendant.* | Case No.: 2:2012-cv-01183 |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Plaintiff, Elmer A. Crites ("Plaintiff") filed an *Unopposed Motion for Dismissal Without Prejudice* on November 14, 2013. In said filing, Plaintiff asserts a desire to voluntarily dismiss this action without prejudice. Defendant has agreed not to oppose dismissal without prejudice.

Premises considered, IT IS SO ORDERED that *Plaintiff's Unopposed Motion for Dismissal Without Prejudice* is **GRANTED**.

11-15-2013

Edmund A. Sargus, Jr., Presiding Judge
Magistrate Judge Elizabeth A. Preston Deavers

01669077-1