UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to: ALL CASES.

## TRANSFER/CONSOLIDATION ORDER NO. 17

The cases set forth below have been identified as a tag-along cases within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following cases to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** these cases into this multidistrict action:

*David Laudermilt v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1216

*Judy Cotton v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1218

**IT IS SO ORDERED**.

Date: December 11, 2013

　　　　　　　　　　　　　　　/s/ *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　Elizabeth A. Preston Deavers
　　　　　　　　　　　　　　　United States Magistrate Judge