# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: E. I. DU PONT DE  
NEMOURS AND COMPANY C-8  
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

JUDGE EDMUND A. SARGUS, JR.  
Magistrate Judge Elizabeth P. Deavers

This document relates to: <u>ALL CASES</u>.

## TRANSFER/CONSOLIDATION ORDER NO. 19

The case set forth below have been identified as a tag-along case within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following case to the docket of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** this case into this multidistrict action:

*Judy Cotton v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1227

**IT IS SO ORDERED**.

Date: December 13, 2013

/s/ *Elizabeth A. Preston Deavers*  
Elizabeth A. Preston Deavers  
United States Magistrate Judge