IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE:  E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-md-2433 |
| | JUDGE EDMUND A. SARGUS, JR. |
| | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

**This document relates to: ALL ACTIONS.**

---

### NOTICE OF APPEARANCE OF COUNSEL

---

The undersigned notifies the Court and counsel for Plaintiffs that Stephen M. Fazio, Squire Sanders (US) LLP enters an appearance as counsel in this matter on behalf of Defendant E. I. du Pont de Nemours and Company.  Mr. Fazio's contact is information is as follows:

> Stephen M. Fazio (0076873)
> SQUIRE SANDERS (US) LLP
> 4900 Key Tower
> 127 Public Square
> Cleveland, Ohio  44114
> *stephen.fazio@squiresanders.com*
> (216) 479-8500 (Phone)
> (216) 479-8780 (Fax)

> Respectfully submitted,
>
> /s Damond R. Mace
> Damond R. Mace (0017102)

SQUIRE SANDERS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
(216) 479-8500 (Phone)
(216) 479-8780 (Fax)

C. Craig Woods (0010732)
Aaron T. Brogdon (0081858)
SQUIRE SANDERS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)

Attorneys for Defendant E. I. du Pont de
Nemours and Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2014, a true and correct copy of the

foregoing was electronically filed with the Court's CM/ECF system and was thus served

automatically upon all counsel of record in this matter.

/s Damond R. Mace
Damond R. Mace (0017102)