# Exhibit H

# LEGAL NOTICE

## TO PEOPLE WHO HAVE CONSUMED CERTAIN WATER FOR AT LEAST ONE YEAR IN CERTAIN LOCATIONS IN WEST VIRGINIA AND OHIO

**Please read this carefully as it may affect your legal rights.**

If you have consumed water for at least one year before December 3, 2004 from Lubeck Public Service District, Little Hocking Water Association, City of Belpre, Village of Pomeroy, Mason County Public Service District (WV) or Tuppers Plains-Chester Water District, OR certain private water sources containing 0.05 ppb or > of C-8, you may be a Class Member in a suit against DuPont.

### What is this Litigation about?

A Settlement of a class action lawsuit was approved in 2005 in Wood County Circuit Court, West Virginia. It deals with releases from DuPont's Washington Works plant in Parkersburg, WV, of a chemical, C-8, known also as PFOA or APFO. DuPont denies any wrongdoing but settled the case to avoid the time and cost of litigation.

### What is this Notice about?

An independent panel of three epidemiologists (the "Science Panel") has found that a "Probable Link" (defined in the Settlement) exists between exposure to C-8 and pregnancy-induced hypertension (including preeclampsia), kidney cancer, testicular cancer, thyroid disease, ulcerative colitis, and diagnosed high cholesterol (hypercholesterolemia). The Science Panel has not found that a "Probable Link" exists for any other Human Diseases.

### Medical Monitoring

If the independent Medical Panel determines that a Medical Monitoring Protocol is appropriate, DuPont shall pay the cost of medical monitoring for applicable Class Members in accordance with any such Protocol up to $235,000,000. More information will be made available to Class Members on the procedures to follow after issuance of any such Protocol.

### Class Members' Release of DuPont as to Certain Claims

The Named Class Members on behalf of themselves and the class members have released and forever discharged DuPont and other Released Parties (defined in the Settlement) from any and all claims and losses for personal injury and wrongful death that: (a) relate to exposure to C-8 of class members from any and all pathways including, but not limited to, air, water and soil; (b) are based on the same factual predicate as raised in the Lawsuit; and (c) relate to any Human Disease other than the specific Human Diseases identified in this notice.

### Rights of Class Members as to "Probable Link" Findings

The tolling of the statutes of limitations set forth in the Settlement Agreement will expire on January 28, 2013 for any claims that Class Members are permitted to pursue under the Settlement relating to the Human Diseases identified above for which the Science Panel delivered a "Probable Link" finding.

This is a summary notice. The full notice with additional information can be obtained by calling 1-877-528-4849.

NO INQUIRIES SHOULD BE DIRECTED TO THE COURT

Dated: November 2012

By Order of the Court
Honorable John D. Beane, Judge

**For More Information, Call 1-877-528-4849**