IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433<br><br>JUDGE EDMUND A. SARGUS, JR. |
| **This document relates to: <u>ALL ACTIONS</u>** | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

**DEFENDANT'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING APPLICATION OF THE *LEACH* SETTLEMENT AGREEMENT**

Defendant E. I. du Pont de Nemours and Company ("DuPont") submits this Counter-Motion for Partial Summary Judgment in response to Plaintiffs' "motion for partial summary judgment under Rule 56 or for determination of issues under Rule 16(c)" [ECF No. 820]. Based on the reasons and analysis set forth in DuPont's Opposition to Plaintiffs' Motion, filed concurrently with this Counter-Motion, and the plain and unambiguous terms of the *Leach* Settlement Agreement, DuPont respectfully requests that this Court enter an Order finding as a matter of law that there are no material issues of fact as to the application of the *Leach* Settlement Agreement to the individual personal injury and wrongful death actions consolidated in this MDL, and that DuPont's statements of the issues regarding: (1) the definition of "Class Member;" (2) the scope of "General Causation;" and (3) proof of dose required to establish specific causation are accurate.

In lieu of a separate Memorandum in Support, DuPont incorporates by reference the arguments and authorities set out in its Opposition to Plaintiffs' Motion in their entirety.

Respectfully submitted:

s/ Damond R. Mace
Damond R. Mace (0017102) (Trial Attorney)
Stephen M. Fazio (0076873)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8500 (Phone)
(216) 479-8780 (Fax)

C. Craig Woods (0010732)
Aaron T. Brogdon (0081858)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)

Attorneys for Defendant E. I. du Pont de Nemours and Company

- 3 -

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on this 29th day of September 2014 and was thus served automatically upon all counsel of record for this matter.

s/ Damond R. Mace
Damond R. Mace (0017102)
