UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DUPONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to: **ALL ACTIONS.**

## CASE MANAGEMENT ORDER NO. 8

In furtherance of the effective and efficient case management of this complex litigation, and with the joint agreement of the parties, the following procedures shall be followed with respect to certain pretrial motion practice:

1. Prior to the filing of any motion with the Court, the filing party shall provide the Court-appointed Mediator with a copy of the motion to be filed or, in the absence of a final copy of the motion, a detailed summary of moving party's position(s) and proposed relief, and such moving party shall simultaneously provide opposing lead counsel with notice of the same.

2. The filing party shall not file its motion with the Court until either seven (7) days have passed since submission to the Mediator or the Mediator has notified both parties in writing that it is his opinion that further efforts at a pre-filing resolution will not be productive for such motion, in whole or in part, whichever occurs first.

3. Nothing in this Order shall apply to any pre-trial *Daubert* motions, motions *in*

1

*limine*, motions for summary judgment, mutually-agreed motions of the parties, other motions filed during trial, or any other motion filed under FRCP 16, 56, or 60.

**IT IS SO ORDERED.**

10/29/2014
**Date**

USDJ Edmund A. Sargus, Jr.

10/29/2014
**Date**

USMJ Elizabeth P. Deavers