IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

**This document relates to: ALL ACTIONS**

---

**DEFENDANT E. I. DU PONT DE NEMOURS AND COMPANY'S
NOTICE OF FILING EXPERT REPORTS**

---

Defendant E. I. du Pont de Nemours and Company ("DuPont') hereby submits the following expert reports in this matter:

- Report of Samuel M. Cohen, dated January 28, 2015 attached as Exhibit A;

- Report of John M. Graham, Jr., dated January 27, 2015 attached as Exhibit B;

- Report of Stephen B. Hanauer, dated January 27, 2015 attached as Exhibit C;

- Report of Robert W. Rickard, dated January 27, 2015 attached as Exhibit D;

- Report of Shane A. Snyder, dated January 28, 2015 attached as Exhibit E;

- Report of Greg P. Sykes, dated January 28, 2015 attached as Exhibit F;

- Report Thomas C. Voltaggio, dated January 29, 2015 attached as Exhibit G;

- Report of Stephen T. Washburn, dated January 27, 2015 attached as Exhibit H;

- Report of Douglas L. Weed, dated January 27, 2015 attached as Exhibit I.

Each expert report is accompanied by a sworn declaration executed by the expert, attesting that the report is a true and accurate copy and that all opinions in the report are stated to

a reasonable degree of scientific certainty based on reliable methods.  Each expert further attests that, if called as a witness, he would testify competently to the matters stated in his report.[1]

Respectfully submitted,

/s Damond R. Mace
Damond R. Mace (0017102) (Trial Attorney)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
(216) 479-8500 (Phone)
(216) 479-8780 (Fax)

C. Craig Woods (0010732)
Aaron T. Brogdon (0081858)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)

Attorneys for defendant E. I. du Pont de Nemours and Company

---

[1] The PSC has confirmed that that the reports do not contain confidential information and do not require confidential treatment under the Protective Order in these cases.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Defendant E. I. du Pont de Nemours and Company's Notice of Filing Expert Reports was electronically filed with this Court's CM/ECF system on April 6, 2015 and was thus served automatically upon all counsel of record for this matter.

        s/ *Damond R. Mace*
        Damond R. Mace (0017102)
        *Attorney for Defendant*