IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433 |
| | JUDGE EDMUND A. SARGUS, JR. |
| **This document relates to:** | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| *Bartlett v. E. I. du Pont de Nemours and Company*, Case No. 2:13-CV-0170 | |
| *Wolf v. E. I. du Pont de Nemours and Company*, Case No. 2:14-CV-0095 | |

## DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPTS

Defendant E. I. du Pont de Nemours and Company hereby gives notice of filing the following deposition transcripts, some of which have been redacted to protect confidential information pursuant to the Agreed Protective Order because they contain confidential medical information of individuals, and the individuals have not consented to public disclosure of same:

- Deposition of Robert Bahnson, dated July 14, 2014 (redacted version attached as Exhibit A; complete version to be filed under seal);

- Deposition of Robert Bahnson, dated March 16, 2015 attached as Exhibit B;

- Deposition of Plaintiff Carla Marie Bartlett, dated June 18, 2014 (redacted version attached as Exhibit C; complete version to be filed under seal);

- Deposition of Robert A. Gross, dated March 26, 2015 attached as Exhibit D;

- Deposition of Robert J. Herceg, dated March 3, 2015 attached as Exhibit E;

- Deposition of Robert W. Johnson, dated March 13, 2015 attached as Exhibit F;

- Deposition of Barry S. Levy, dated March 5, 2015 attached as Exhibit G;

- Deposition of David MacIntosh, dated March 18, 2015 attached as Exhibit H;

- Deposition of Stephen E. Petty, dated March 30, 2015 attached as Exhibit I;

- Deposition of Michael Siegel, dated March 12, 2015 attached as Exhibit J;

- Deposition of Anil Singh, dated August 1, 2014 (redacted version attached as Exhibit K; complete version to be filed under seal);

- Deposition of James S. Smith, dated March 9, 2015 attached as Exhibit L;

- Deposition of Gary Tucker, dated June 30, 2014 (redacted version attached as Exhibit M; complete version to be filed under seal);

- Deposition of Douglas L. Weed, dated March 27, 2015 attached as Exhibit N;

- Deposition of Plaintiff John M. Wolf, dated June 12, 2014 (redacted version attached as Exhibit O; complete version to be filed under seal);

- Deposition of Jean Rettos, dated March 27, 2015, placeholder attached as Exhibit P[1].

Respectfully submitted,

/s Damond R. Mace
Damond R. Mace (0017102) (Trial Attorney)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
(216) 479-8500 (Phone)
(216) 479-8780 (Fax)

C. Craig Woods (0010732)
Aaron T. Brogdon (0081858)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215

---

[1] As the entire transcript of the 3/27/15 deposition of Dr. Rettos remains confidential under the terms of the Protective Order entered in the above-captioned matter, DuPont will move the Court to grant leave to file the transcript of Dr. Rettos's deposition under seal.

(614) 365-2700 (Phone)
(614) 365-2499 (Fax)

Attorneys for defendant E. I. du Pont de Nemours
and Company

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Defendant E. I. du Pont de Nemours and Company's Notice of Filing Deposition Transcripts was electronically filed with this Court's CM/ECF system on April 6, 2015 and was thus served automatically upon all counsel of record for this matter.

                                         s/ *Damond R. Mace*
                                         Damond R. Mace (0017102)
                                         *Attorney for Defendant*