IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE:  E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-md-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

This document relates to:  **ALL ACTIONS.**

### DEFENDANT E. I. DU PONT DE NEMOURS AND COMPANY'S NOTICE OF FILING PLAINTIFFS' EXPERT REPORTS

Defendant E. I. du Pont de Nemours and Company ("DuPont") hereby submits the following expert reports submitted by Plaintiffs in this matter:[1]

- Report of Robert A. Gross, M.D., dated December 8, 2014 attached as Exhibit A;

- Report of Robert J. Herceg, M.D., dated December 8, 2014 attached as Exhibit B;

- Report of Robert R. Bahnson, MD, FACS, dated December 8, 2014 attached as Exhibit C;

- Report of Vitaly Margulis, MD, FACS, dated December 8, 2014 attached as Exhibit D;

- Report of Robert W. Johnson, dated December 3, 2014 attached as Exhibit E.

---

[1] The PSC has confirmed that the reports do not contain confidential information and do not require confidential treatment under the Protective Order in these cases.

Respectfully submitted,

/s Damond R. Mace
Damond R. Mace (0017102) (Trial Attorney)
Stephen M. Fazio (0076873)
Stephanie E. Niehaus (0075511)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
(216) 479-8500 (Phone)
(216) 479-8780 (Fax)

C. Craig Woods (0010732)
Aaron T. Brogdon (0081858)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)

Attorneys for defendant E. I. du Pont de Nemours and Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Defendant E. I. du Pont de Nemours and Company's Notice of Filing Expert Reports was electronically filed with this Court's CM/ECF system on April 6, 2015 and was thus served automatically upon all counsel of record for this matter.

                                              s/ *Damond R. Mace*
                                              Damond R. Mace (0017102)
                                              *Attorney for Defendant*