IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  E.I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO: 2:13-MD-2433 <br><br> JUDGE EDMUND A. SARGUS, JR. <br><br> MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

This document relates to:   **Carla Marie Bartlett v. E.I. du Pont de Nemours and Company, Case No. 2:13-cv-160.**

**John M. Wolf v. E.I. du Pont de Nemours and Company, Case No. 2:14-cv-095.**

_____

**TRIAL PLAINTIFFS' NOTICE OF FILING DEPOSITION TRANSCRIPTS**
_____

Plaintiffs Carla Bartlett and Jon Wolf ("Trial Plaintiffs") hereby give notice of filing the final versions of the following deposition transcripts:

- Exhibit A: Deposition Transcript of Vitaly Margulis, dated April 1, 2015;

- Exhibit B: Deposition Transcript of Stephen E. Petty, dated March 30, 2015;

- Exhibit C: Deposition Transcript of Steven Amter, dated April 3, 2015; and

- Exhibit D: Deposition Transcript of Robert A. Gross, dated March 26, 2015

Defendant E. I. Du Pont de Nemours and Company previously filed the rough drafts of the above-referenced deposition transcripts, because the final versions were not available. However, these final transcripts are now available and thus Trial Plaintiffs hereby provide notice of filing same.

Respectfully submitted,

*s/ Michael A. London*
Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY  10038
Telephone:  212-566-7500
Fax:  212-566-7501
Email:  mlondon@douglasandlondon.com


Jon C. Conlin
Cory Watson
2131 Magnolia Ave., Suite 200
Birmingham, AL  35205
Telephone:  205-328-2200
Fax:  205-324-7896
Email:  jconlin@cwcd.com

Robert A. Bilott
Taft Stettinius & Hollister LLP
Cincinnati, Ohio  45202-3957
Telephone:  513-381-2838
Fax:  513-381-0205
Email: Bilott@taftlaw.com

*Plaintiffs' Steering Committee Co-Lead Counsel*

Respectfully submitted,

*s/ Michael A. London*
Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY  10038
Telephone:  212-566-7500
Fax:  212-566-7501
Email:  mlondon@douglasandlondon.com


Jon C. Conlin
Cory Watson
2131 Magnolia Ave., Suite 200
Birmingham, AL  35205
Telephone:  205-328-2200
Fax:  205-324-7896
Email:  jconlin@cwcd.com

Robert A. Bilott
Taft Stettinius & Hollister LLP
Cincinnati, Ohio  45202-3957
Telephone:  513-381-2838
Fax:  513-381-0205
Email: Bilott@taftlaw.com

*Plaintiffs' Steering Committee Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 30th day of April 2015 and was thus served electronically upon all counsel of record.

*s/ Michael A. London*
Michael A. London
