IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  E.I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO: 2:13-MD-2433 |
| | JUDGE EDMUND A. SARGUS, JR. |
| | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

This document relates to:     **Carla Marie Bartlett v. E.I. du Pont de Nemours and Company, Case No. 2:13-cv-170.**

**John M. Wolf v. E.I. du Pont de Nemours and Company, Case No. 2:14-cv-095.**

---

**TRIAL PLAINTIFFS' NOTICE OF FILING UPDATED EXPERT REPORTS**

---

Now that a number of confidentiality challenges between the parties have been resolved that had previously required various expert reports to be filed either originally under seal or in redacted form in multiple filings throughout the record, Plaintiffs Carla Bartlett and Jon Wolf ("Trial Plaintiffs") hereby re-submit in one consolidated filing all of their proffered expert reports, including several in fully-un-redacated form that were previously redacted:

- Exhibit A: Report of Steven Amter, dated November 21, 2014;

- Exhibit B: Report of Robert R. Bahnson, MD., FACS, dated December 8, 2014;

- Exhibit C: Report of Stephen E. Petty, P.E., C.I.H., C.S.P., dated December 6, 2014;

- Exhibit D: Reports of Robert W. Johnson, dated December 3, 2014 and March 9, 2015;

- Exhibit E: Report of Vitaly Margulis, M.D., F.A.C.S., dated December 8, 2014;

- Exhibit F: Report of Robert J. Herceg, M.D., dated December 8, 2014;

- Exhibit G: Report of Robert A. Gross, M.D., dated December 8, 2014;

- Exhibit H: Report of Michael B. Siegel, M.D., M.P.H., dated November 21, 2014;

- Exhibit I: Report of James S. Smith, Ph.D., CPC, dated November 20, 2014;

- Exhibit J: Report of Barry S. Levy, dated November 20, 2014; and

- Exhibit K: Report of David L. MacIntosh, dated December 8, 2014.

Each report is accompanied by a sworn declaration executed by the expert, attesting that the report is a true and accurate copy and that all opinions in the report are stated to a reasonable degree of scientific and/or medical certainty based on reliable methods. Each expert further attests that, if called as a witness, he would testify competently to the matters stated in his report.

Respectfully submitted,

*s/ Michael A. London*
Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY  10038
Telephone:  212-566-7500
Fax:  212-566-7501
Email:  mlondon@douglasandlondon.com

Jon C. Conlin
Cory Watson, P.C.
2131 Magnolia Ave., Suite 200
Birmingham, AL  35205
Telephone:  205-328-2200
Fax:  205-324-7896
Email:  jconlin@cwcd.com

Robert A. Bilott
Taft Stettinius & Hollister LLP
Cincinnati, Ohio  45202-3957
Telephone:  513-381-2838
Fax:  513-381-0205
Email: Bilott@taftlaw.com

*Plaintiffs' Steering Committee Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 15th day of May 2015 and was thus served electronically upon all counsel of record.

*s/ Michael A. London*
Michael A. London