# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E.I. DU PONT DE NEMOURS AND
COMPANY C-8 PERSONAL INJURY
LITIGATION

CASE NO. 2:13-MD-2433

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE ELIZABETH P.
DEAVERS

This document relates to:  **Carla Marie Bartlett v. E. I. du Pont de Nemours and
Company, Case No. 2:13-cv-170 (S.D. Ohio).**

## DECLARATION OF ROBERT R. BAHNSON, MD, FACS

I, Robert R. Bahnson, declare and state as follows:

1.     I prepared the Expert Report of Robert R. Bahnson, MD, FACS, dated December

8, 2014 ("Expert Report") and a true and accurate copy is attached as <u>Exhibit 1</u>.

2.     Each of the opinions in the Expert Report is stated to a reasonable degree of

medical certainty, and was arrived at using reliable methods.

3.     If called as a witness, I would testify competently to the matters stated in the

Expert Report.

4.     I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Dated:

Robert R. Bahnson          5/11/2015

**EXPERT REPORT IN**

**Carla Bartlett v. E. I. du Pont de Nemours and Company, Case No. 2:13-cv-170**

**(S.D. Ohio)**

**Robert R. Bahnson, MD, FACS**

**Prepared for:**
**Plaintiffs' Steering Committee**
*In re: E. I. du Pont de Nemours & Co. C-8 Personal Injury Litigation*, MDL 2433
**Case No. 2:13-md-2433 (S.D. Ohio)**

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**

December 8, 2014

Gary J. Douglas, Esq.
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038

> Re:    **Carla Marie Bartlett v. E. I. du Pont de Nemours and Company, 2:13-cv-00170**

Dear Mr. Douglas,

This letter is in reference to Carla M. Bartlett.  I first met Ms. Bartlett in 1997 and I subsequently
performed an in situ radical partial nephrectomy on June 9, 1997. The pathology report from that
partial nephrectomy demonstrated a multicystic renal cell carcinoma. I continued to see her in
follow-up and she did well without evidence of recurrence. To the best of my knowledge I last saw
her in November of 2005 when I cared for her vesicovaginal fistula.

I was deposed on July 14, 2014 concerning a possible relationship of Ms. Bartlett's kidney cancer to
exposure to perfluorooctanoic acid also known as PFOA or C8.  As I stated in my deposition, I
reserved my right to opine on the cause of Ms. Bartlett's kidney cancer after review of any
pertinent additional information. Since my deposition, I have indeed been provided with
additional materials which, to a degree of reasonable medical certainty, indicate C8 exposure was a
substantial factor in the development of her kidney cancer. In addition, I have been provided
with Ms. Bartlett's father's death certificate which  indicates his kidney cancer was transitional
cell carcinoma of the left kidney. This urothelial cancer is totally unrelated to renal cell cancer
negating any substantial contribution of heredity to Ms. Bartlett's renal cancer.

In forming my opinions set forth herein, which I hold to a reasonable degree of medical certainty, I
relied on the standard methodology generally used in my field and in my practice as a urologic
surgeon, and all medical records kept in the regular course of business in my practice pertaining to
my treatment of Ms. Bartlett. I also relied on the expert opinion of Dr. David MacIntosh, as it is the
generally accepted practice in my field to rely on other experts in performing a differential
diagnosis.  I also considered the following materials provided to me subsequent to my deposition,
which are listed below:

- C8 Science Panel Probable Link Evaluation of Cancer, April 15, 2012
- Death Certificate of Carl Clem
- Expert report of Dr. David MacIntosh in the above-captioned matter

Regarding her diagnosis of renal cell carcinoma, there are certain generally accepted risk factors for
kidney cancer in the medical community, such as strong family history of kidney cancer, genetic and
hereditary risk factors, hypertension, smoking, workplace chemical exposure, advanced kidney
disease, race, gender, advanced age, and ingestion of phenacetin and/or diuretics. Although obesity
is sometimes considered a risk factor, I do not believe that the studies and research regarding
obesity as a risk factor for kidney cancer are so conclusive as to firmly establish a connection.

Additionally, it is my understanding that, on April 15, 2012, the C8 Science Panel concluded on the basis of epidemiologic and other data available that, "among class members," "there is a probable link between exposure to C8 (also known as PFOA) and testicular cancer and kidney cancer but not any of the other cancers that were considered." (C8 Science Panel Probable Link Evaluation of Cancer). In addition, the expert report of Dr. David MacIntosh concludes that Ms. Bartlett is a Class Member due to her exposure to C8, and thus at an increased risk for developing kidney cancer.

Further, based on my records for Ms. Bartlett, as well as my training and experience, I have considered and ruled out the following risk factors as potentially contributing to Ms. Bartlett's kidney cancer:  she was a 41-year old Caucasian woman with no history of genetic and hereditary risk factors, hypertension, smoking, workplace chemical exposure, advanced kidney disease, or use of phenacetin or diuretics. Moreover, as I stated above, her father's kidney cancer was urothelial and therefore non-contributory to her kidney cancer. Finally, as stated above and in my deposition on this matter, I do not believe her obesity at the time of her diagnosis was a contributing factor to her kidney cancer.

Thus, having ruled out these potential risk factors, I find to a reasonable degree of medical certainty that Carla M. Bartlett's exposure to C 8 in her drinking water was a substantial factor in bringing about the development of her kidney cancer.

I reserve the right to supplement my opinions should additional information become available.


Date: _12/8/2014_                              By: _____

                                              Robert R. Bahnson, MD, FACS

## Appendix A – Curriculum Vitae

## CURRICULUM VITAE

| | | | |
|---|---|---|---|
| **NAME:** | Robert R. Bahnson, MD | **BIRTH DATE:** | October 12, 1953 |
| **HOME ADDRESS:** | 2635 Asbury Drive<br>Columbus, OH 43221-3607 | **BIRTH PLACE:** | Sioux Falls, SD |
| **HOME PHONE:** | (614) 488-2998 | **CITIZENSHIP:** | U.S.A. |
| **BUSINESS ADDRESS:** | Department of Urology<br>The Ohio State University<br>915 Olentangy River Road<br>Suite 3100<br>Columbus, OH 43212 | **SPOUSE:**<br>**CHILDREN:** | Janet McGarr, MD<br>Eimear McGarr<br>Eamonn Elmen<br>Emmett Roberts<br>Eoghan Reilly |
| **BUSINESS PHONE:** | (614) 293-3646 | | |
| **BUSINESS FAX:** | (614) 366-8337 | | |
| **EMAIL:** | robert.bahnson@osumc.edu | | |

### APPOINTMENTS

| | | |
|---|---|---|
| **1984-1985** | Northwestern University<br>Department of Urology<br>Chicago, Illinois | Chief Resident and<br>Instructor of Urology |
| **1985-1987** | Washington University<br>Division of Urologic Surgery<br>St. Louis, Missouri | Assistant Professor of<br>Surgery (Urology) |
| **1985-1987** | St. Louis Regional Medical Center<br>Section of Urology<br>St. Louis, Missouri | Section Chief |
| **1987** | Midwest Stone Institute<br>St. Louis, Missouri | Medical Director |
| **1987-1993** | University of Pittsburgh<br>Division of Urologic Surgery<br>Pittsburgh, Pennsylvania | Assistant Professor of<br>Surgery (Urology) |
| **1987-1994** | Pittsburgh Cancer Institute<br>Pittsburgh, Pennsylvania | Associate Member |
| **1989-1991** | University of Pittsburgh | Post-doctoral Fellow,<br>Pharmacology |
| **1993-1996** | University of Pittsburgh<br>Division of Urologic Surgery<br>Pittsburgh, Pennsylvania | Associate Professor of<br>Surgery (Urology) |
| **1994-1996** | Pittsburgh Cancer Institute<br>Pittsburgh, Pennsylvania | Member |
| **1996-2001** | The Ohio State University<br>Columbus, Ohio | Louis Levy Professor of Surgery<br>Director, Division of Urology |
| **2001-2006** | The Ohio State University | Dave Longaberger Chair in Urology<br>Professor of Surgery<br>Director, Division of Urology |
| **2005-Present** | The Ohio State University | Graduate Faculty, Graduate Program |

| | | |
|---|---|---|
| | | In Biophysics, College of Biological Sciences |
| **2006-2014** | The Ohio State University | Professor of Urology |
| | | Chairman, Department of Urology |
| | | Dave Longaberger Chair in Urology |
| **2014-Present** | | Professor of Urology |
| | | Dave Longaberger Chair in Urology |

| | | |
|---|---|---|
| **2009-2011** | The Arthur G. James Cancer Hospital and Richard J. Solove Research Institute | Chief of Staff-Elect |
| **2011-2013** | The Arthur G. James Cancer Hospital and Richard J. Solove Research Institute | Chief of Staff |

## Hospital Appointments

The Ohio State University Hospitals
Comprehensive Cancer Center - Arthur G. James Cancer Hospital and Richard J. Solove Research Institute

## CERTIFICATION AND LICENSURE

### Medical Licensure

| | |
|---|---|
| Ohio | #35-07-0768-B |

### Specialty Certification

| | |
|---|---|
| 1980 | National Board of Medical Examiners |
| 1987 | American Board of Urology |
| 1995 | American Board of Urology (recertification) |
| 2006 | American Board of Urology (recertification) |

## NATIONAL POSITIONS

| | | |
|---|---|---|
| **1988-1996** | Eastern Cooperative Oncology Group (ECOG) | |
| | Genitourinary Steering Committee | 1989-1996 |
| | Kidney Subcommittee | 1989-1991 |
| | Testis Subcommittee | 1989-1996 |
| | Bladder Subcommittee | 1992-1996 |
| **1991-1993** | Research Committee (Alternate Representative) | |
| | American Urological Association | |
| **1991-1995** | Board of Directors, | |
| | Northeastern Section of the American Urological Association | |
| **1993-1995** | Research Committee (Representative) | |
| | American Urological Association | |
| **1994-1996** | Journal of Urology, Editorial Committee (Alternate Representative) | |
| | American Urological Association | |
| **1994, 1996** | Program Committee, Northeastern Section, American Urological Association | |
| **1996** | Program Chairman, Urology Section, Annual Meeting of the American | |

|  |  |
|---|---|
|  | College of Surgeons, Southwestern Pennsylvania Chapter |
| **1996-2002** | Urologic Advisory Council, American College of Surgeons |
|  | Young Surgeon Representative |
| **1997** | Nominating Committee, Society of University Urologists |
| **1998** | Program Chair, Annual Meeting of the Society of Urologic Oncology |
| **1998-Present** | Panel Member, Prostate, Bladder, Kidney and Testis Cancer Clinical Practice |
|  | Guidelines Committee, National Comprehensive Cancer Network |
| **1998-2002** | Membership Chairman, Society of Urologic Oncology |
| **1998-2002** | Executive Committee, Society of Urologic Oncology |
| **2002-Present** | Fellowship Committee, Society of Urologic Oncology |
| **1998-2003** | Secretary/Treasurer, Ohio Urologic Society |
| **1998-2002** | Society of University Urologists Liaison Representative to the American Urological |
|  | Association/AFUD Research Council |
| **1998-2007** | Executive Committee, Society of University Urologists |
| **1999** | Member Prize Essay Committee, 94th Annual Meeting of the American |
|  | Urological Association |
| **1999-2001** | Audit and Budget Control Committee North Central Section of AUA |
| **2000-2001** | Chair, Audit and Budget Control Committee North Central Section of AUA |
| **1999-2003** | American Urological Association Judicial and Ethics Council, Member |
| **2001-2003** | American Urological Association Judicial and Ethics Council, Vice-Chair |
| **2003-2005** | American Urological Association Judicial and Ethics Council, Chair |
| **2000, 2006, 2007** | Nominating Committee, North Central Section of American Urological Association |
| **2001-2007** | Urologic Advisory Council, American College of Surgeons |
|  | Program Committee Representative |
| **2001-2008** | Ohio District #3 Committee on Applicants of the American College of Surgeons |
| **2001-2005** | Secretary-Treasurer, Society of University Urologists |
| **2005-2006** | President Elect, Society of University Urologists |
| **2006-2007** | President, Society of University Urologists |
| **2001-2007** | Residency Review Committee for Urology, ACGME |
| **2005-2007** | Vice-Chair, Residency Review Committee |
| **2002-2003** | President Elect, Ohio Urologic Society |
| **2003-2004** | President, Ohio Urologic Society |
| **2003-2007** | Education Council, American Urological Association |
| **2003-2004** | Research Council, American Urological Association |
| **2004-2007** | Practice Guidelines Committee, American Urological Association |
| **2005-Present** | Program Committee, American Urological Association |
| **2004-Present** | Post-Graduate Education Committee, American College of Surgeons |
| **2004-Present** | Program Committee, Clinical Congress, American College of Surgeons |
| **2004-2009** | Board of Governors, American College of Surgeons |
| **2007-2011** | Chair, Advisory Council for Urology, American College of Surgeons |
| **2008-2014** | Trustee, American Board of Urology |
| **2009-2012** | Junior Councilor, American Association of Genitourinary Surgeons |
| **2009-2010** | President Elect-Society of University Chairpersons and Program Directors |
| **2009-Present** | Appeal Panel Member, Accreditation Council for Graduate Medical Education |
| **2009** | Vice-Chair, Clinical Congress Program Committee, American College of Surgeons |
| **2009** | Program Committee Annual Meeting of the American Urological Association |
| **2009-2011** | Chief of Staff-Elect of The Arthur G James Cancer Hospital and Richard J Solove |
|  | Research Institute |
| **2009-2011** | Chair, American College of Surgeons Advisory Council Chairs |
| **2010** | Assembly Representative from the American Board of Urology to the American Board of |
|  | Medical Specialties |
| **2010-2013** | Consultant to the Program Planning Committee, American College of Surgeons |
| **2010-2011** | First Vice-President-Elect, American College of Surgeons |
| **2011-2012** | First Vice President, American College of Surgeons |

| | |
|---|---|
| **2011-2013** | Chief of Staff of The Arthur G James Cancer Hospital and Richard J Solove Research Institute |
| **2012-present** | Chair of the American College of Surgeons Political Action Committee |
| **2013-2014** | Program Consultant, Board of Regents, American College of Surgeons |

**MEMBERSHIP IN SCIENTIFIC/PROFESSIONAL SOCIETIES**

| | |
|---|---|
| **1987-1996** | Pittsburgh Urologic Association |
| **1987-1996** | Northeastern Section of American Urological Association |
| **1988-1996** | Urologic Association of Pennsylvania |
| **1988-present** | American Urologic Association |
| **1988-present** | Society of University Urologists |
| **1989-1998** | Society for Basic Urologic Research |
| **1989-present** | Society of Urologic Oncology |
| **1990-1998** | American Association for Cancer Research |
| **1990-present** | Fellow, American College of Surgeons |
| **1993-2013** | Transamerican Urological Researchers |
| **1997-2001** | Urologic Investigator's Forum |
| **1997-present** | North Central Section of American Urological Association |
| **1997-present** | American Association of Clinical Urologists |
| **2006-present** | American Association of Genitourinary Surgeons |
| **2012-present** | Clinical Society of Genitourinary Surgeons |

**AWARDS AND HONORS**

| | |
|---|---|
| **1984** | First Place Award, Irving J. Shapiro Pyelogram Conference, Chicago Urological Society |
| **1986-1989** | Clinical Oncology Career Development Award American Cancer Society |
| **1989** | Silver Cystoscope Award, For Teaching Excellence, Urologic Surgery Residents, University of Pittsburgh School of Medicine |
| **1991** | Forbesway Foundation Prostate Cancer Lectureship in appreciation of Robert R. Bahnson, MD |
| **1989-1991** | American Urological Association Research Scholar American Foundation for Urologic Disease |
| **1990-1995** | Clinical Investigator Award National Cancer Institute |
| **1996** | Best Doctors in America: Northeast Region (1996-1997) |
| **1996** | Frederic N. Schwentker, MD Teaching Award Urologic Surgery Residents University of Pittsburgh School of Medicine |
| **1998-2014** | Best Doctors in America |
| **2004-2013** | America's Top Doctors |
| **2005-2013** | America's Top Doctors for Cancer |
| **2007** | America's Top Urologists |
| **2007** | US News & World Report America's Best Doctors |
| **2009, 2012** | Columbus Monthly Top Urologist |
| **2009** | The Journal of Urology 2008 Best Reviewer |
| **2009-2012** | Castle Connolly "Best Doctor" and "Best Doctor in Cancer" |
| **2012** | Castle Connolly "Urology, America's Top Doctor for Cancer" |

## EDUCATION

**Undergraduate**

| | | | |
|---|---|---|---|
| **09-71/06-75** | Carleton College<br>Northfield, Minnesota | B.A. 1975 | Chemistry |

**Graduate**

| | | | |
|---|---|---|---|
| **09-75/06-77** | University of South Dakota<br>Vermillion, South Dakota | B.S. 1977 | Medicine |
| **09-77/06-79** | Tufts University<br>Boston, Massachusetts | M.D. 1979 | Medicine |

**Post Graduate**                                          **Program Director**

| | | |
|---|---|---|
| **06-79/06-81** | Resident, Department of Surgery<br>Northwestern University<br>Chicago, Illinois | John M. Beal, MD |
| **06-81/06-83** | Resident, Department of Urology<br>Northwestern University<br>Chicago, Illinois | John T. Grayhack, MD |
| **06-83/06-84** | Urologic Research Fellow<br>Northwestern University<br>Chicago, Illinois | Chung Lee, Ph.D |
| **07-89/07-91** | Post-Doctoral Fellow<br>Department of Pharmacology<br>University of Pittsburgh<br>Pittsburgh, Pennsylvania | John S. Lazo, Ph.D |

## PUBLICATIONS

**Refereed Articles**

1. **Bahnson RR**. Pre-warmed irrigating solution for TURP. *Urology* 23:402, 1984.
2. **Bahnson RR**, Blum M, Carter MF. Fibroepithelial polyps of the ureter. *Journal of Urology* 132:343-344, 1984.
3. **Bahnson RR**, Wendel E, Vogelzang R. Renal vein thrombosis following puerperal ovarian vein thrombophlebitis. *Am. J. Obstet. Gynecol.* 152:290-291, 1985.
4. Blum M, **Bahnson RR**, Lee C, Deschler T, Grayhack J. Estimation of canine prostatic size by ultrasonic and volumetric measurement. *Journal of Urology* 133:1082-1086, 1985.
5. **Bahnson RR**, Snopek T, Grayhack J. Epididymal metastasis from prostatic carcinoma: A case report and review.*Urology* 26:296-297, 1985.
6. Blum M, **Bahnson RR**, Carter MF. Urologic manifestations of Von Recklinghausen's Neurofibromatosis. *Urology* 26:209-217, 1985.
7. Blum M, **Bahnson RR**, Porter T, Carter MF. Effect of local alpha-adrenergic blockade on human penile erection.*Journal of Urology* 134:479-481, 1985.
8. Oyasu R, **Bahnson RR**, Nowels K, Garnett J. Cytological atypia in the prostate gland: frequency, distribution, and possible relevance to carcinoma. *Journal of Urology* 135:959-962, 1986.
9. **Bahnson RR**, Garnett J, Grayhack J. Adjuvant radiation therapy in Stage C and D 1 prostatic adenocarcinoma: preliminary results. *Urology* 27:403-406, 1986.
10. Lee C, **Bahnson RR**, Blum MD, Anderson DP, Bockrath JJ. Water imbibition in the rat prostate during castration-induced regression. *Prostate* 9:77-84, 1986.
11. **Bahnson RR**, Schaeffer AJ. Ureteral infection stones. *Journal of Urology*136:87-89, 1986.
12. **Bahnson RR**, Catalona WJ. Adverse implications of acid phosphatase levels in the upper range of normal. *Journal of Urology* 137:427-430, 1987.
13. **Bahnson RR**, Andriole GL, Clayman RV. Office Flexible cystoscopy.  *J. Endourology* 1:61-64, 1987.

14. **Bahnson RR**. Silver nitrate irrigation for hematuria from sicke cell hemoglobinopathy. *J. Urol.* 137:1194-1195, 1987.

15. **Bahnson RR**, Clayman RV. Perineal urethrostomy for ureterorenoscopy. *Endourology* 2:12-13, 1987.

16. Andriole GL, **Bahnson RR**. Computed tomographic diagnosis of ureteral obstruction caused by a sloughed papilla. *Urology* Radiol. 9:45-46, 1987.

17. **Bahnson, R.R.** Inhibition of mouse bladder-tumor proliferation by alpha-difluoromethylornithine and interferon-alpha-beta in vitro and in vivo. *Journal of Urology* 137 (4): A275, 1987.

18. **Bahnson, R.R.** Papaverine testing of impotent patients following nerve-sparing radical prostatectomy. *Journal of Urology* 137 (4): A226, 1987.

19. **Bahnson RR**, Catalona WJ. Papaverine testing of impotent patients following nerve-sparing radical prostatectomy. *Journal of Urology* 139:773-774, 1988.

20. Hortin GL, **Bahnson RR**, Daft M, Chan KM, Catalona WJ, Ladenson JH. Differences in values obtained with 2 assays of prostatic specific antigen. *Journal of Urology* 139:762-765, 1988.

21. **Bahnson RR**, Ratliff TL. Inhibition of mouse bladder tumor proliferation by alpha difluoromethylornithine and interferon *in vitro* and *in vivo*. *Journal of Urology* 139:1367-1371, 1988.

22. **Bahnson RR**, Ratliff TL. Effects of interferon in combination with cytotoxic drugs on mouse bladder tumor (MBT-2) growth *in vitro* and *in vivo*. *Journal of Urology* 140:656-659, 1988.

23. **Bahnson RR**, Ballou BT, Ernstoff MS, Schwentker FN, Hakala TR. Technique for catheterization and cystoscopic evaluation of cynomolgus monkey bladder. *Lab. Anim. Sci.* 38:731-733, 1988.

24. **Bahnson RR**, Zaontz MR, Maizels M, Shkolnik AA, Firlit CF. Ultrasonography and the diagnosis of pediatric genitourinary rhabdomyosarcoma. *Urology* 33:64-48, 1989.

25. Banner, B, Brancazio, L, **Bahnson, RR,** Taylor, SR. DNA-analysis of multiple synchronous renal-cell carcinoma (RCC). *Laboratory Investigation* 60 (1): A6, 1989.

26. Banner, BF, Burnham, JA, **Bahnson, RR,** Ernstoff, MS, Auerbach, HE. Immunophenotypic markers in renal-cell carcinoma. *Laboratory Investigation* 60 (1): A6, 1989.

27. Hudson MA, **Bahnson RR**, Catalona WJ. Clinical use of prostate specific antigen in patients with prostate cancer. *Journal of Urology* 142:1011-1017, 1989.

28. Lazo JS, **Bahnson RR**. Pharmacologic modulators of DNA-interactive antitumor drugs. *Trends Pharmacol. Sci.* 10:369-373, 1989.

29. **Bahnson RR**, Dresner SM, Gooding W, Becich, MJ. Incidence and prognostic significance of lymphatic and vascular invasion in radical prostatectomy specimens. *Prostate* 15:149-155, 1989.

30. **Bahnson RR**, Andriole GL, Clayman RV, Catalona WJ. Catecholamine excess: probable cause of post-operative tachycardia following retroperitoneal lymph node dissection. *J. Surg. Oncol.* 42:132-135, 1989.

31. Hrebinko R, **Bahnson RR**, Schwentker FN, O'Donnell WF. Early Experience with the duraphase penile prosthesis. *Journal of Urology* 143:60-61, 1990.

32. Miller RJ, **Bahnson RR**, Banner B, Ernstoff MS, O'Donnell WF. Neoadjuvant M-VAC for locally advanced transitional cell carcinoma of the bladder. *Cancer* 65:207-210, 1990.

33. Banner BF, Burnham JA, **Bahnson RR,** Ernstoff MS, Auerbach HE. Immunophenotypic markers in renal cell carcinoma. *Mod. Path.* 3:129-134, 1990.

34. **Bahnson RR**, Slasky BS, Ernstoff MS, Banner BF. Sonographic characteristics of epidermoid cyst of the testicle. *Urology* 35:508-510, 1990.

35. **Bahnson RR**, Ratliff TL. *In Vitro* and *In Vivo* Antitumor activity of recombinant mouse tumor necrosis factor (TNF) in a mouse bladder tumor (MBT-2). *Journal of Urology* 144:172-175, 1990.

36. **Bahnson RR**, Ballou BT, Ernstoff MS, Cramer DV, Schwentker FN, Reiland JM, Hakala TR. Toxicity of intravesical recombinant human tumor necrosis factor in cynomolgus monkeys. *J. Biol. Resp. Mod.* 9:445-447, 1990.

37. **Bahnson RR**, Lazo JS. Biochemical mediators of tumor resistance to chemotherapy. *Surgical Rounds* 13:29-32, 1990.

38. Ernstoff MS, Nair S, **Bahnson RR**, Miketic LM, Banner B, Gooding W, Day R, Whiteside T, Hakala TR, Kirkwood JM. Sequential administration of recombinant DNA-produced interferons: a phase IA trial of combination rIFN gamma and rIFN alpha in patients with metastatic renal cell carcinoma. *J. Clin. Oncol.* 8:1637-1649, 1990.

39.  Banner BF, Brancazio L, **Bahnson RR**, Ernstoff MS,Taylor SR. DNA Analysis of multiple synchronous renal cell carcinomas.  *Cancer* 66:2180-2185, 1990.

40.  **Bahnson RR**, Ernstoff MS, Miller RJ, O'Donnell WF. Toxicity comparison of neoadjuvant versus adjuvant methotrexate, vinblastine, doxorubicin, and cisplatin (M-VAC) in radical cystectomy patients.  *J. Surg. Oncol*. 45:143-145, 1990.

41.  Banner BF, Ernstoff  MS, **Bahnson RR**, Titus-Ernstoff L, Taylor SR. Quantitative DNA analysis of small renal cortical neoplasms.  *Human Path.* 22:247-253, 1991.

42.  **Bahnson, RR,** Basu, A, Lazo, JS. The role of metallothioneins in anticancer drug resistance. *Cancer Treatment and Research* 57:251-260, 1991.

43.  Ernstoff MS, **Bahnson RR**, Hakala TR. Tumor necrosis factor alpha: a potential anti-cancer agent for superficial bladder cancer.  *Surgical Rounds* 14:417-419, 1991.

44.  Schneck FX, Banner BF, **Bahnson RR**. Multiple renal neoplasms: a case of three histologically dissimilar primary tumors.  *Journal of Urology* 145:1251-1253, 1991.

45.  **Bahnson RR**. Elevation of prostate specific antigen from Bacillus Calmette-Guerin induced granulomatous prostatitis.  *Journal of Urology* 146:1368-1369, 1991.

46.  **Bahnson RR**, Banner BF, Ernstoff MS, Lazo JS, Cherian MG, Banerjee D, Chin JL. Immunohistochemical localization of metallothionein in transitional cell carcinoma of the bladder.  *Journal of Urology* 146:1518-1520, 1991.

47.  Hrebinko RL, Schwentker FN, **Bahnson RR**. Foley catheter sheath for endoscopy of intestinal urinary diversions. *J. Endourology* 5, 327-328, 1991.

48.  Ernstoff MS, Gooding W, Nair S, **Bahnson RR**, Miketic LM, Banner B, Day R, Whiteside T, Titus-Ernstoff L, Kirkwood JM. Immunological effects of treatment with sequential administration of recombinant interferon gamma and alpha in patients with metastatic renal cell carcinoma during a phase I trial. *Cancer Res.* 52:851-856, 1992.

49.  Nair S, Ernstoff MS, **Bahnson RR**, Arthur S, Johnston J, Downs MA, Neuhart J, Kirkwood JM. Interferon induced acute renal failure with nephrotic syndrome.  *Urology* 39:169-172, 1992.

50.  Hrebinko R, Taylor SR, **Bahnson RR**. Carcinoma of the prostate metastatic to the parotid gland.  *Urology*  41: 272-273, 1993.

51.  Corral DA, **Bahnson RR**. Recurrent transitional cell carcinoma in an ileal conduit treated by sandwich chemotherapy and surgical resection.  *Journal of Urology* 150:471-472, 1993.

52.  Corral, DA, **Bahnson, RR.** Treatment of pathological stage T3N+M0 bladder cancer: the case for observation. *Seminars in Urology* 11 (2): 64-68, 1993.

53.  Hill CC, Jordan ML, **Bahnson RR**. Penile prosthesis surgery in the immunosuppressed patient.  *Transplantation* 56:1010-1011, 1993.

54.  Logan TF, Shannon W, Bryant J, Kane P, Wolmark N, Posner M, Kirkwood JM, Ernstoff MS, Futrell JW, Straw LD, Iwatuski S, **Bahnson RR**. Preparation of viable tumor cell vaccine from human solid tumors: relationship between tumor mass and cell yield.  *Melanoma Research* 3:451-455, 1993.

55.  Yang Y, Wood E, Reese DE, **Bahnson RR**, Saijo N, Lazo JS. Human metallothionein isoform gene expression in cisplatin sensitive and resistant cells.  *Mol. Pharmacol.*  45:453-460, 1994.

56.  Kuo S, Kondo Y, DeFilippo JM, Ernstoff MS, **Bahnson RR**, Lazo JS. Subcellular localization of metallothionein IIA in human bladder tumor cells using a novel epitope-specific antiserum.  *Toxicol. Appl. Pharmacol.*  125:104-110, 1994.

57.  Schwartz GG, Oeler TA, Uskokovic MR, **Bahnson RR**. Human prostate cancer cells: inhibition of proliferation by vitamin D analogs.  *Anticancer Research* 14:1077-1082, 1994.

58.  Corral DA, **Bahnson RR**. Survival of men with clinically localized prostate cancer detected in the eighth decade of life. *Journal of Urology* 151:1326-1329, 1994.

59.  **Bahnson RR**, Becich, M, Ernstoff MS, Sandlow J, Cohen MB, Williams RD. Absence of immunohistochemical metallothionein staining in bladder tumor specimens predicts response to neoadjuvant cisplatin, methotrexate, and vinblastine chemotherapy.  *Journal of Urology* 152:2272-2275, 1994.

60.  Gau, JT, Grove JL, Strom S, Orsini R, Song KC, **Bahnson RR**, Becich MJ. Comparison of human normal and neoplastic prostate epithelial cells by transmission electron microscopy (TEM) and quantitative image analysis and morphometry (QIAM).  *Proc. Micros. Soc. of Am.*  230-231, 1994.

61. Evans BA, Song KC, Strom SC, Zarnegar R, **Bahnson RR**, Bisceglia MH, Michalopoulos GK., Becich MJ. Optimizing immunohistochemical staining for the HGF receptor C-Met in formalin-fixed paraffin-embedded archival human tissue. *Proc. Micros. Soc. of Am.* 230-231, 1994.

62. Glazier DB, **Bahnson RR**, McLeod DG, vonRoemeling RW, Messing EM, Ernstoff MS. Intravesical recombinant tumor necrosis factor in the treatment of superficial bladder cancer: an Eastern Cooperative Oncology Group study. *Journal of Urology* 154:66-68, 1995.

63. Agarwala SS, **Bahnson RR**, Wilson JW, Szumowski,J, Ernstoff MS. Evaluation of the combination of vinblastine and quinidine in patients with metastatic renal cell carcinoma - A Phase I Study. *Am. J. Clin. Oncol.* 18:211-221, 1995.

64. Schwartz GG, Hill CC, Oeler TA, Becich MJ, **Bahnson RR**. 1,25 (OH) $_2$ -16-ene-23-yne-vitamin D $_3$ and prostate cancer cell proliferation *IN Vivo. Urology* 46:365-369, 1995.

65. Bennett B, Selby R, **Bahnson RR**. Surgical resection for management of renal cancer with hepatic involvement. *Journal of Urology* 154:972-974, 1995.

66. Osborn JL, Schwartz GG, Smith DC, **Bahnson RR**, Day, R, Trump, DL. Phase II Trial of Oral 1, 25- Dihydroxy vitamin D (Calcitriol) in hormone refractory prostate cancer. *Urol. Oncol.* 1(5):195-198, 1995.

67. Getzenberg RH, KonetyBR, Oeler TA, Quigley MM, Hakam A, Becich MJ, **Bahnson, RR**. Bladder cancer associated nuclear matrix proteins. *Cancer Res.* 56:1690-1694, 1996.

68. Konety BR, Getzenberg RH, **Bahnson RR**. Diagnostic and prognostic markers in bladder cancer. *Urology* 8:15-35, 1996.

69. Konety BR, Shuman B, Webster M, Steed DL, **Bahnson RR**. Simultaneous radical nephrectomy and repair of abdominal aortic aneurysm. *Urology* 47:813-818, 1996.

70. Sodee DB, Conant R, Chalfant M, Miron S, Klein R, **Bahnson RR,** Spirnak JP, Carlin B, Bellon EM, and Rogers B. Preliminary imaging results utilizing indium labeled CYT-356 (Prostascint) in the detection of recurrent prostate cancer. *Clin. Nuc. Med.* 21:759-767, 1996.

71. Konety BR, Painter L, **Bahnson RR**. A cost containment strategy for radical retropubic prostatectomy: results from implementation of a clinical pathway program. *Urol. Oncol.* 2:80-87, 1996.

72. Konety BR, Naraghi R, Gooding W, O'Donnell WF, **Bahnson RR**. Evaluation of computerized tomography for staging of clinically localized adenocarcinoma of the prostate. *Urol. Oncol.* 2:14-19, 1996.

73. Naraghi R, Becich MJ, O'Donnell W, **Bahnson RR.** Routine frozen section of pelvic lymph node specimens prior to radical retropubic prostatectomy is unnecessary in patients with prostate specific antigen levels less than 20 ng/ml. *Urol. Oncol.* 2:141-145, 1996.

74. Dhir R, Gau JT, Krill D, Bastacky S, **Bahnson RR**, Cooper DL, Becich MJ. CD44 Expression in benign and neoplastic human prostates. *Mol Diagn* 2(3): 197-204, 1997.

75. Nangia AK, Konety BR, Wachtel S, Dhir R, Becich MJ, **Bahnson RR**. Perineural invasion in transitional cell carcinoma and the effect on prognosis following radical cystectomy. *Urology* 49:968-972, 1997.

76. Greenberg RE, **Bahnson RR**, Wood D, Childs SJ, Bellinghem C, Edson M, Bamberger MH, Steinberg GD, Israel M, Sweatman T, Giantonio B, O'Dwyer PJ. Initial report on intravesical administration of N-trifluoroacetyladriamycin-12valerate (AD-32) to patients with refractory superficial transitional cell carcinoma of the urinary bladder. *Urology* 49:471-475, 1997.

77. Trump DL, Smith DC, Stiff D, Adedoyin A, Day R, **Bahnson RR**, Hofacker J, Branch RA. A phase two trial of all-transretinoic acid in hormone-refractory prostate cancer: a clinical trial with detailed pharmacokinetic analysis. *Cancer Chemother. Pharmacol.* 39:349-356, 1997.

78. Adedoyin A, Stiff DD, Smith DC, Romkes M, **Bahnson RR**, Day R, Hofacker J, Branch RA, Trump DL. All-*trans*retinoic acid modulation of drug-metabolizing enzyme activities: investigation with selective metabolic drug probes. *Cancer Chemother. Pharmacol.* 41:133-139, 1998.

79. Bachinsky DY, Niemann TH, Maximo DB, **Bahnson RR**. Seminal vesicle cystadenoma: a case report and literature review. *Urology* 51:840-845, 1998.

80. Nag S, Fernandes PS, **Bahnson RR**. Transperineal image-guided permanent brachytherapy for localized cancer of the prostate. *Urol. Onc.* 4:191-202, 1998.

81. Mettlin C, Chesley AE, Murphy GP, Bartsch G, Toi A, **Bahnson RR**, Church P. The association of free PSA percent, total PSA, age, and gland volume in the detection of prostate cancer. *Prostate* 39:153-158, 1999.

82.    Wagner III T, Young D, **Bahnson RR**. Charge and length of stay analysis for radical retropubic prostatectomy and transperineal prostate brachytherapy. *Journal of Urology* 161:1216-1218, 1999.

83.    Steinberg G, **Bahnson RR**, Brosman S, Middleton R, Wajsman Z, Wehle M, and the Valrubicin Study Group. Efficacy and safety of valrubicin for the treatment of Bacillus Calmette-Guerin refractory carcinoma-in-situ of the bladder. J. Urol. 163:761-767, 2000.

84.    Patterson, AL, Greenberg, RE, Weems, L, **Bahnson, R,** Wajsman, Z, Israel, M, Sweatman,T, Webber, DD, Gulfo, J. Pilot study of the tolerability and toxicity of intravesical valrubicin immediately after transurethral resection of superficial bladder cancer. *Urology* 56 (2): 232-235, 2000.

85.    Baschinsky, DY, Chen, JH, Vadmal, MS, Lucas, JG, **Bahnson, RR**, Niemann, T.H.: Carcinosarcoma of the urinary bladder: an aggressive tumor with diverse histogeneisis. A clinicopathologic study of four cases and review of literature. *Arch Pathol. Lab. Med.* 124:1172-1178, 2000.

86.    Wagner, TT, Nag, S, Young, D, **Bahnson, RR.** Early Voiding dysfunction associated with prostate brachytherapy. *Urol. Onc.* 6:20-23, 2001.

87.    Arnold, PM, Niemann, TH, **Bahnson, RR.** Extended sector biopsy for detection of carcinoma of the prostate. *Urol. Onc.* 6:91-93, 2001.

88.    LeRoy, BE, **Bahnson, RR,** Rosol, TJ. Canine prostate induces new bone formation in mouse calvaria – A modelof osteoinduction by prostate tissue. *Bone* 28 (5): S127, 2001.

89.    LeRoy, BE, **Bahnson, RR,** Rosol, TJ. Canine prostate induces new bone formation in mouse calvaria: a model of osteoinduction by prostate tissue. *Prostate* 50: (2): 104-111, 2002.

90.    Dull, P, Reagan Jr, R.W, **Bahnson, RR.** Managing benign prostatic hyperplasia. *Am. Fam. Physician.* 66: 77-84, 2002.

91.    LeRoy, BE, **Bahnson, RR** Rosol, TJ. New bone formation in nude mouse calvaria induced by canine prostate tissue. *Mol. Cell. Endocrinol.* 197(1-2): 257-263, 2002.

92.    Nag, S, Ellis, RJ, Merrick, GS, **Bahnson, RR**, Wallner, K, Stock, R. American Brachytherapy Society recommendations for reporting morbidity after prostate brachytherapy. *In. J. Radiat. Concol. Biol. Phys*. 54: 462-470, 2002.

93.    Zhang, H, Melamed J, Wei P, Cox, K, Frankel, W, **Bahnson, RR**, Robinson, N, Pyka, R, Liu, Y, Zheng, P. Concordant down-regulation of proto-oncogene PML and major histocompatibility antigen HLA class 1 expression in high-grade prostate cancer. *Cancer Immun.* 3:2, 2003.

94.    Miller, NL, Bissonette, EA, **Bahnson, RR**, Wilson, J, Theodorescu, D. Impact of a novel neoadjuvant and adjuvant hormone-deprivation approach on quality of life, voiding function, and sexual function after prostate brachytherapy. *Cancer* 97: 1203-1210, 2003.

95.    Pohar, KS, Gong, MC, **Bahnson, RR,** Miller, EC, Clinton, SK. Tomatoes, lycopene and prostate cancer: a clinician's guide for counseling those at risk for prostate cancer. *World Journal of Urology* 21:9-14, 2003.

96.    Montie, JE, **Bahnson, RR,** Cohen, SM, Drucker, B, Eisenberger, MA, El-Galley, R, Herr, HW, Hudes, GR, Kuzel, TM, Lange, PH, Patterson, A, Pollack, A, Richie, JP, Seigne, J, Shipley, WU, Small, EJ, Trump, DL, Walther, PJ, Wilsomn, TG. Bladder cancer. Clinical practice guidelines in oncology. *J Nat Comp Cancer Network* 3 (1): 4, 2005.

97.    Motzer, RJ, **Bahnson, RR,** Boston, B, Carducci, MA, Fishman, M, Hancock, SL, Hauke, RJ, Hudes, GR, Kantoff, P, Kuzel, TM, Lange, PH, Levine, EG, Logothetis, C, Margolin, KA, Redman, BG. Richey, S, Robertson, CN, Samlowski, WE, Sheinfeld, J, Urban, DA. Testicular cancer. Clinical practice guidelines. *J Nat Comp Cancer Network* 3(1): 52-76, 2005.

98.    Montie JE, Abrahams, NA, **Bahnson, RR** Eisenberger, MA, El-Galley, R, Herr, HW, Hudes, GR, Kuzel, TM, Lange, PH, Patterson, A, Pollack, A, Richie, JP, Sexton, WJ, Shipley, WU, Small, EJ, Trump, DL, Walther, PJ, Wilson, TG. National Comprehensive Cancer Network. Bladder cancer. Clinical guidelines in oncology. *J National Cancer Network* 4(10) 984-1014, 2006.

99.    Kawachi, MH, **Bahnson, RR**, Barry, M, Carroll, PR, Carter, HB, Catalona, WJ, Epstein, JI, Etzioni, RB, Hemstreet, GP 3rd, Howe, RJ, Kopin, JD, Lange, PH, Lilja, H, Mohler, J, Moul, J, Nadler, RB, Patterson, S, Pollack, A, Presti, JC, Stroup, AM, Urban, DA, Wake, R, Wei, JT, National Comprehensive Cancer Network. Prostate cancer early detection. Clinical guidelines in oncology. *J Natl Compr Canc Network* 5(7): 714-736, 2007.

100.   Mohler, J, Babaian, RJ, **Bahnson, RR**, Boston, B, D'Amico, A, Eastham, JA, Hauke, RJ, Huben, RP, Kantoff, P, Kawachi, M, Kuettel, M, Lange, PH, Logothetis, C, MacVicar, G, Pollack, A, Pow-Sang, JM, Roach, M 3rd, Sandler, H, Shrieve, D, Srinival, S, Twardowski, P, Urban, DA, Walsh, PC, National Comprehensive Cancer Network. Prostate Cancer. Clinical practice guidelines in oncology. *J Natl Compr Canc Network* 5(7): 650-683, 2007.

101.   Nag, S, Shi, P, Liu, B, Gupta, N, **Bahnson, RR**, Wang, JZ. Comparison of real-time intraoperative ultrasound-based dosimetry with post-operative computed tomography-based dosimetry for prostate brachytherapy. *Int. J. Radiat Oncol Biol. Phys.* 70(1): 311-317, 2008.

102.   Grainger, EM, Kim, HS, Monk, JP, Lemeshow, SA, Gong, M, **Bahnson, RR**, Clinton, SK. Consumption of dietary supplements and over-the-counter and prescription medications in men participating in the Prostate Cancer Prevention Trial at an academic center. *Urol Oncol* 26(2): 125-132, 2008.

103.   Cegala, DJ, **Bahnson, RR**, Clinton, SK, David, P, Chi Gong, M, Monk, JP III, Nag, S, Pohar, KS. Information seeking and satisfaction with physician-patient communication among prostate cancer survivors. *Health Commun*, 23(1), 62-69, 2008.

104.   Grainger, EM, Schwartz, SJ, Wang, S, Unlu, NZ, Boileau, TW-M, Ferketich, AK, Monk, JP, Gong, MC, **Bahnson, RR**, DeGroff, VL, Clinton, SK. A combination of tomato and soy products for men with recurring prostate cancer and rising prostate specific antigen. *Nutr Cancer* 60(02): 145-154, 2008.

105.   Grainger, EM, Kim, HS, Monk, JP, Lemeshow, SA, Gong, M, **Bahnson, RR,** Clinton, SK. Consumption of dietary supplements and over-the-counter and prescription medications in men participating in the Prostate Cancer Prevention Trial at an academic center. *Urol Oncol,* 26(2): 125, 2008.

106.   **Bahnson, R.** Physician clinical experience and inappropriate prostate specific antigen screening: evidence from an Asian country. Comment. *J Urol.* 180 (5): 1958, 2008.

107.   Montie, JE, **Bahnson, RR.** Surgeon experience is strongly associated with biochemical recurrence after radical prostatectomy for all preoperative risk categories. Comment. *J Urol.* 179 (6): 2216-2217, 2008.

108.   **Bahnson, RR.** Late age (85 years or older) peak incidence of bladder cancer. Comment. *J Urol.* 179 (4): 1305-1306, 2008.

109.   Chapman, DM, Pohar, KS, Gong, MC, **Bahnson, RR**. Preoperative hydronephrosis as an indicator of survival after radical cystectomy. *Urol Oncol,* 27(5): 491-5, 2009.

110.   Bahnson, EE, Murrey, DA, Mojzisik, CM, Hall, NC, Martinez-Suarez, HJ, Knopp, MV, Martin, EW, Povoski, SP, **Bahnson, RR**. PET/CT imaging of clear cell renal cell carcinoma with 124I labeled chimeric antibody. Therapeutic Advances. *Urology* 1:(2) 67-70, 2009.

111.   Lavery, HJ, **Bahnson, RR**, Sharp, DS, Pohar, KP. Management of the residual post-chemotherapy retroperitoneal mass in germ cell tumors. Therapeutic Advances. *Urology* 1(4): 199-207, 2009.

112.   Dangle, PP, **Bahnson, RR**, Patel, A. Ureteral stent-related aortoureteric fistula: case report and literature review. *Can Urol Assoc J.* 3(6): E84-6, 2009.

113.   **Bahnson, R.** Manuscript publication by urology residents and predictive factors comment. *J Urol.* 181 (1): 286-287, 2009.

114.   Dangle, PP, Gong, MC, Mandalapu, S, **Bahnson, RR,** Pohar, KS. Relationship of lymph node count and accuracy of nodal stage at radical cystectomy. *J Urol.* 181 (4): 375-375, 2009.

115.   Lavery, HJ, McFaddin, A, **Bahnson, RR,** Heerema, NA, Pohar, KS. A prospective comparison of intraoperative Urovysion FISH and urinary cytology. *J Urol* 181 (4): 70-71, 2009.

116.   Dangle PP, **Bahnson RR,** Pohar KS. How close are we to establishing standards of lymphadenectomy for invasive bladder cancer? *Ther Adv Urol* 1(3):167-74, 2009.

117.   Murrey, DA, Bahnson, EE, Mojzisik, CM, **Bahnson, RR,** et al. Validation of targeted molecular imaging using surgical specimens: A feasibility assessment using 1241-cG250 monoclonal antibody PET/CT in clear cell renal cell carcinoma. *J Amer Coll Surg* 209 (3): S128-S128, 2009.

118.   **Bahnson, R.** Adjunct assays for improving prostate cancer detection. *J Urol.* 2009 Sep; 182 (3): 825-825.

119.   Lowe, G, **Bahnson, R.** Non-invasive management of primary phosphodiesterase type 5 inhibitor failure in patients with erectile dysfunction. *Therap Adv in Urol* 1 (5): 235-242, 2009.

120.   Dangle, PP, Gong, MC, **Bahnson, RR**, Pohar, KS. How do commonly performed lymphadenectomy templates influence bladder cancer nodal stage? *J Urol* 183(2): 499-503, 2010.

121. Kawachi, MH, **Bahnson, RR**, Barry, M, Busgy, JE, Carroll, PR, Carter, HB, Catalona, WJ, Cookson, MS, Epstein, JI, Etzioni, RB, Patterson, SG, Pesti, JC, Stroup, AM, Wake, R, Wei, JT. NCCN clinical practice guidelines in oncology: prostate cancer early detection. *J Natl Compr Canc Netw* 8(2): 240-62, 2010.

122. Mohler, J, **Bahnson, RR**, Boston, B, Busby, JE, D'Amico, A, Eastham, JA, Enke, CA, George, D, Horwitz, E.M., Huben, RP, Kantoff, P, Kawachi, M, Twardowski, P, Walsh, PC. NCCN clinical practice guidelines in oncology: prostate cancer. *J Natl Compr Canc Netw* 8(2):162-200, 2010.

123. Johnson MT, Lowe G, **Bahnson RR**. Androgen deprivation therapy: a primer on concepts and therapeutic options. *Journal of Men's Health* 7(4):358-67, 2010.

124. Abaza R, Dangle PP, Gong MC, **Bahnson RR**, Pohar KS. Quality of lymphadenectomy is equivalent with robotic and open cystectomy using an extended template. *J Urol.* 2012 Apr;187(4):1200-4. Epub 2012 Feb 15.

125. Jia G, Abaza R, Williams JD, Zynger DL, Zhou J, Shah ZK, Patel M, Sammet S, Wei L, **Bahnson RR**, Knopp MV. Amide proton transfer MR imaging of prostate cancer: a preliminary study. *J Magn Reson Imaging* 33(3):647-54, 2011.

126. Chokshi, RJ, Kuhrt, MP, Schmidt, C, Arrese, D, Routt, M, Parks, Li L, **Bahnson, R**, Martin, EW. Single institution experience comparing double-barreled wet colostomy to ileal conduit for urinary and fecal diversion. *Urology* 78 (4): 856-862, 2011.

127. Abaza, R, **Bahnson, R**, Pohar, K. Quality of lymphadenectomy is equivalent in robotic and open cystectomy using an extended template. *J Endourol.* 25: A274-A274, 2011.

128. Chokshi, RJ, Fowler, J, Cohn, D, **Bahnson, R**, Lumbley, J, Martin, EW. A single-institution approach to total pelvic exenteration. *Amer Surg* 77 (12): 1629-1639, 2011.

129. Johnson MT, **Bahnson RR**, Zynger DL. Metastatic clear cell renal cell carcinoma to the adrenal gland without an identifiable primary tumor. *International Journal of Urology* 19(1):92-3, 2012.

130. Povoski SP, Hall NC, Murrey DA Jr, Sharp DS, Hitchcock CL, Mojzisik CM, Bahnson EE, Knopp MV, Martin EW Jr, **Bahnson RR**. Multimodal imaging and detection strategy with 124 I-labeled chimeric monoclonal antibody cG250 for accurate localization and confirmation of extent of disease during laparoscopic and open surgical resection of clear cell renal cell carcinoma. *Surg Innov* 20(1):59-69, 2012.

131. Mohler, JL, Armstrong, AJ, **Bahnson, RR,** et al. Prostate cancer, Version 3.2012 Featured Updates to the NCCN Guidelines. *J Natl Compr Canc Netw* 10 (9): 1081-1087, 2012.

132. Khemees, TA, Prall, DN, **Bahnson, RR,** Shabsigh, A. Early postoperative complications after robotic vs open radical prostatectomy. *J Amer Coll Surg* 215 (3): S149-S149, 2012.

133. Droller, MJ, **Bahnson, RR,** Lerner, SP, Schoenberg, M, Thalmann, GA. Plagiarism. *Urol Oncol* 30 (5): 547-548, 2012.

134. Backes, FJ, Tierney, BJ, Eisenhauer, EL, **Bahnson, RR,** Cohn, DE, Fowler, JM. Complications after double-barreled wet colostomy compared to separate urinary and fecal diversion during pelvic exenteration: Time to change back? *Gyne Oncol* 128 (1): 60-64, 2013.

135. Coburn, M, Amling, C, **Bahnson, RR,** Dahm, P, Kerfoot, BP, King, L, Lane, B, Ritchey, ML, Scales, CD Jr, Sundaram, CP, Swing, SR. Urology Milestones. *J Grad Med Educ* 5 (1 Suppl 1):79-98, 2013.

136. Mohler, JL, Kantoff, PW, Armstrong, AJ, Bahnson, RR, Cohen, M, D'Amico, AV, Eastham, JA, Enke, CA, Farrington, TA, Higano, CS, Horwitz, EM, Kane, CJ, Kawachi, MH, Kuettel, M, Lee, RJ, Malcolm, AW, Miller, D, Plimack, ER, Pow-Sang, JM, Richey, S, Roach, M 3rd, Rohren, E, Rosenfeld, S, Small, EJ, Srinivas, S, Stein, C, Strope, SA, Tward, J, Walsh, P. Joint statement by members of the NCCN Prostate Cancer Guidelines Panel. *J Natl Compr Canc Netw* 11(11):1310-2, 2013.

137. Mohler, JL, Kantoff, PW, Armstrong, AJ, Bahnson, RR, Cohen, M, D'Amico, AV, Eastham, JA, Enke, CA, Farrington, TA, Higano, CS, Horwitz, EM, Kawachi, MH, Kuettel, M, Lee, RJ, Macvicar, GR, Malcolm, AW, Miller, D, Plimack, ER, Pow-Sang, JM, Richey, S, Roach, M 3rd, Rohren, E, Rosenfeld, S, Small, EJ, Srinivas, S, Stein, C, Strope, SA, Tward, J, Walsh, PC, Shead, DA, Ho, M. Prostate Cancer Version 1.2014. *J Natl Compr Canc Netw.* 11(12):1471-9, 2013.

138. Fahey, F, Zukotynski, K, Capala, J, Jadvar, H, Dillehay, G, Herscovitch, P, Knight, N, Pappas, V, Sgouros, G, Zalutsky, MR, Wahl, RL, Jacobsen, E, Quinn, DI, Carrasquillo, JA, Vikram, B, Larson, S, O'Malley, JP, Weber, W, Srinivasan, A, **Bahnson, RR**, et al. Targeted radionuclide therapy: proceedings of a jount workshop hosted by the National Cancer Institute and the Society of Nuclear Medicine and Molecular Imaging. *J Nucl Med* 55(2):337-48, 2014.

139.    **Bahnson, R.R.** Editorial Comment. *Urology* 83(3):605, 2014.

**Reviews, Invited Published Papers, and Book Chapters**

1.    **Bahnson, RR**, Catalona, WJ. Current Management of Prostatic Carcinoma. *Primary Care* 12:795-813, 1985.
2.    **Bahnson, RR.** Urosepsis. *Urol. Clin. N. Amer* 13:627-635, 1986.
3.    **Bahnson, RR.** Interferons and Bladder Cancer. *Missouri Cancer Update* 1:(3)1-3, 1987.
4.    Klahr, S, Clayman, RV, **Bahnson, RR.** Management of Obstructive Uropathy. In: Current Therapy in Internal Medicine-2. (Bayless/Brain/Cherniack Eds.) B.C. Becker, Inc. 1066-1071, 1987.
5.    Klahr, S, Clayman, RV, **Bahnson, RR.** Obstructive Uropathy. In: Current Therapy in Nephrology and Hypertension-2. (Blassock, R.j., Ed.) B.C. Becker, Inc. 67-72, 1987.
6.    **Bahnson, RR**, Catalona, WJ. Potency Sparing Surgery for Localized Prostate Cancer. In: Urology Annual (Rous, S.N., ed.) Appleton-Century-Crofts, Inc. 41-53, 1987.
7.    **Bahnson, RR.** Editorial comments. Management of Stage A Non-Seminomatous Testicular Tumors. In: Genitourinary Cancer (Catalona, W.J. Ratliff, T.L. eds.) Martinus Nijhoff, Boston 238, 1987.
8.    **Bahnson, RR.** Pharmacologic Treatment of Bacteremia and Sepsis. In: Antibiotic Use and Selection; Problems in Urology Series (Carson, C.C. III, ed.) J.B. Lippincott Co., 455-466, 1988.
9.    **Bahnson, RR** Catalona WJ. Staging of Prostatic Carcinoma. In: Prostate Disorders (Paulson, D.F., ed.) Lea and Febiger 273-286, 1989.
10.    Hudson, MA, **Bahnson, RR**, Catalona, WJ. Clinical Use of Prostate Specific Antigen in Patients with Prostate Cancer. In: Clinical Aspects of Prostate Cancer. Assessment of New Diagnostic and Management Procedures. (Catalona, W.J., Coffey, D.S., Karr, J.P. ed.) Elsevier 233-246, 1989.
11.    Clayman, RV, Weyman, PJ, **Bahnson, RR.** Inflammation of the Bladder In: Clinical Urography (Pollack, H.M., ed.) W.B. Saunders Co. 902-924, 1990.
12.    **Bahnson, RR.** Editorial Comment: Papaverine Hydrochloride in Peripheral Blood and Degree of Penile Erection. J. Urol. 143:1137, 1990.
13.    **Bahnson, RR**, Catalona, WJ. Complications of Radical Retropubic Prostatectomy. In: Complications in Urologic Surgery (Smith, R.B., Ehrlich, R.M., eds.) W.B. Saunders Co. 386-394, 1990.
14.     Corral, DA, **Bahnson, RR.** Treatment of Pathologic Stage T3N+MO Bladder Cancer: The Case for Observation. Sem. Urol. 11:64-68, 1993.
15.    **Bahnson, RR.** Treatment of Stage A-1 Prostate Cancer: The Case for Treatment. Sem. Urol. 11:54-57, 1993.
16.    **Bahnson, RR.** Immunohistochemical Localization of Metallothionein in Transitional Cell Carcinoma of the Bladder Examined. AUA Today 6(5): 6, 1993.
17.    Ernstoff, MS, Heaney, JA, **Bahnson, RR.** Genitourinary Cancers. In: Current Cancer Therapeutics (Kirkwood, J.M., Lotze, M.T., Yasko, J.M. eds.) 146-154, 1994.
18.    **Bahnson, RR.** Renal and Urinary Tract Neoplasia. In: Primer on Kidney Diseases (Greenberg, A., ed.) Academic Press 247-253, 1994.
19.    **Bahnson, RR.** Editorial Comment: Unusual Neoplasms Detected in Testis Cancer Patients Undergoing Post-chemotherapy Retroperitoneal Lymphadenectomy. J. Urol. 152:1149, 1994.
20.    **Bahnson, RR**, Smith, DC, Trump, DL. Adjuvant Chemotherapy for Bladder Cancer: Standard of Care or Unproven Therapy: Surg. Oncol. Clin. N. Amer. 4:287-294, 1995.
21.    Smith, DC, Trump, DL, **Bahnson, RR.** Prostate Cancer, Management of Hormone Refractory Disease: Secondary Hormonal Manipulation . In: Comprehensive Textbook of Genitourinary Oncology. (Vogelzang, N.J., Scardino, P.T., Shipley, W.U., Coffey, D.S., eds.) Williams and Wilkins 885-891, 1996.
22.    **Bahnson, RR.** Editorial: Urothelial Malignancy-Much Promise but little Progress. J.Urol. 155:122, 1996.
23.    Ernstoff, MS, **Bahnson, RR**, Heaney, JA. Genitourinary Cancer. In: Current Cancer Therapeutics (Kirkwood, J.M., Lotze, M.T., Yasko, J.M., eds.) 198-208, 1996.
24.    Konety, BR, **Bahnson, RR.** Management of Stage T1b (A2) and State T1c Adenocarcinoma of the Prostate. Seminars in Urologic Oncology 14:183-194, 1996.
25.    Corral, DA, **Bahnson, RR.** Tumor Markers in Genitourinary Cancer. In: Urologic Cancer. (Ernstoff, Heaney and Peschel, eds.) Blackwell Science 668-685, 1997.

26. Lyne, JC, **Bahnson, RR.** Surgical Management of Invasive Urothelial Cancer. In: Urologic Cancer (Ernstoff, Heaney, Peschel, eds.)  Blackwell Science, 272-292, 1997.

27. Wagner, TT, **Bahnson, RR.** Carcinoma of the Prostate.  Medical Update for Psychiatrists 2:164-168, 1997.

28. **Bahnson, R.R.:** Editorial: Squamous Cell Carcinoma of Bladder.  J. Urol. 157:2115, 1997.

29. Konety, BR, Federle, MP, **Bahnson, RR.** Vesical Trauma and Hemorrhage.  In: Glenn's Urologic Surgery - Fifth Edition.  (Graham Jr., S.D., ed) Lippincott-Raven Publishers, Philadelphia, 235-242, 1998.

30. **Bahnson, RR.** Renal and Urinary Tract Neoplasia.  In: Primer on Kidney Diseases (2nd Edition) (Greenberg, A., ed.) Academic Press 371-379, 1998.

31. **Bahnson, RR.** Editorial, The Prostate Puzzle.  J. Urol. 159:1270, 1998.

32. **Bahnson, RR.** What's New in Urology?  J. Am. Coll. Surg. 186:241-246, 1998.

33. Scher, H, **Bahnson, RR**, Cohen, S, Eisenberger, M, Herr, H, Kozlowski, J, Lange, P, Montie, J, Pollack, A, Raghaven, D, Richie, J, Shipley.  NCCN Urothelial Cancer Practice Guidelines.  Oncology 12:225-271, 1998.

34. **Bahnson, RR.** Guest Commentaries: Valrubicin: A Viewpoint by Robert R., Bahnson.  Drugs and Aging 15:76, 1999.

35. Cohen, TD, **Bahnson, RR.** Inguinal Lymphadenopathy in The 5-Minute Urology Consult, (Gomella, L.G. ed) Lippincott Williams and Wilkins, Philadelphia 82-83, 2000.

36. Cram, MR, **Bahnson, RR.** Multi-locular Cystic Nephroma in The 5-Minute Urology Consult, (Gomella, L.G. ed) Lippincott Williams and Wilkins, Philadelphia 352-353, 2000.

37. Brown, DH, Wagner, TT, **Bahnson, RR.** Interferons and Bladder Cancer.  Urol. Clinc. North Am.  27:171-178, 2000.

38. **Bahnson, RR.** Book Review: Strategies for the Chemoprevention of Prostate cancer. J. Urol. 163:1624, 2000.

39. **Bahnson, RR.** Improving Prostate Cancer Detection.  J. Urol.  164:405, 2000.

40. **Bahnson, RR**, Hawks, GE, Huben, RP, Kantoff, P, Kozlowski, JM, Kuettel, M, Lange, PJ, Logethems, C, Pow-Sang, JM, Roach, III, M, Sandler, H, Scardino, PT, Taylor, RJ, Urban, DA, Walsh, PD, Wilson, TG. NCCN Practice Guidelines for Prostate Cancer.  Oncology 14:111-119, 2000.

41. **Bahnson, RR.** Book Review: The Guide to Living with Bladder Cancer.  J. Urol. 166:2567, 2001.

42. Miller, EC, Giovannucci, E, Erdman Jr, JW, **Bahnson, RR**, Schwartz, SJ, Clinton, SK. Tomato Products, Lycopene, and Prostate Cancer Risk. Urol. Clin. North Am. (29):83-93, 2002.

43. Gambla, MT, **Bahnson, RR**. Urethral Strictures.  In: Conn's Current Therapy 2002 (Rakel, R.E., Bope, E.T., eds.), W.B. Saunders Co. 723-725, 2002.

44. **Bahnson, RR**, Hu, HS, Vogelzang, NJ. Non-myeloablative Allogeneric Stem Cell Transplantation for Metastatic Renal Cell Carcinoma.  Urol Oncol. 2003 Jan-Feb; 21 (1): 79-81.

45. Gambla, MT, **Bahnson, RR.** Urethral Stricture.  In: Conn's Current Therapy 2003 (Rakel, R.E., Bope, E.T., eds), W.B. Saunders Co. 795-797, 2003.

46. **Bahnson, RR.** Ethics Training for Residents; Teaching and Learning Medical Professionalism.  AUA Update Series. Volume 26: 249-256, 2007.

47. **Bahnson, RR.**  Prognosis of Renal Cell Carcinoma. J Urol. 177 (4) 1224, 2007.

48. **Bahnson, RR** Androgen Deprivation for Prostate Cancer. J. Urol. 178:1148, 2007.

49. Pohar, KS, **Bahnson, RR**.  Vesical Trauma and Hemorrhage.  In: Glenn's Urologic Surgery (Graham, S.D., Keane, T.E. eds). Lippincott Williams & Wilkins. 143-149, 2009.

50. **Bahnson, RR.**  Residency training: where do we go from here?  Urol Clin North Am, 36(1):73-7, 2009.

51. **Bahnson, RR.**  Adjunct Assays for Improving Prostate Cancer Detection.  J Urol 182 (3) 825, 2009.

52. **Gilleran, JP, Bahnson, RR**.  Prostatitis, Chronic Bacterial (NIH II), The 5-Minute Urology Consult (Gomella, L.G. ed) 300-01, 2009.

53. **Sharp, DS, Bahnson, RR**. Urachal Carcinoma, The 5-Minute Urology Consult (Gomella, L.G. ed) 466-67, 2009.

54. **Shabsigh, A, Bahnson, RR**. Ureter and Renal Pelvis, Squamous Cell Carcinoma, The 5-Minute Urology Consult (Gomella, L.G. ed) 470-71, 2009.


## Books

1. **Bahnson, RR.** Management of Urologic Disorders.  Mosby-Year Book Europe, Ltd.-London 1994.

2. **Bahnson, RR.** Benign Prostatic Hypertrophy, Unit One: Prostatic Structure and Function.  Science Press, Philadelphia 1994.
3. **Bahnson, RR.** Benign Prostatic Hypertrophy: Unit Two: Physician Evaluation of Patients with Benign Prostatic Hyerplasia and Differential Diagnosis.  Science Press, Philadelphia 1994.
4. **Bahnson, RR.** Benign Prostatic Hypertrophy: Unit Three: Epidemiology and Indications for Therapeutic Intervention.  Science Press, Philadelphia 1994.


## Published Abstracts

1. Lee, C, Blum, M, **Bahnson, RR.** Water Imbibition in the Ventral Prostate in Rats: An Early Event During Castration-Induced Regression.  Annual Meeting of the American Society of Andrology, Los Angeles, California, March 13-16, 1984.
2. **Bahnson, RR**, Carter, M. Transurethral Ureterscopic Visualization of Fibroepithelial Polys of the Ureter.  J. Urol. 131:172A, 1984.
3. **Bahnson, RR**, Garnett, J, Grayhack, J. Adjuvant Radiation Therapy in Stage C and D1 Prostatic Adenocarcinoma: Preliminary Results.  Annual Meeting of the North Central Section of the American Urological Association, Cedar Rapids, Iowa, September 19-22, 1984.
4. Blum, M, **Bahnson, RR**, Carter, M. Effect of Local Alpha Adrenergic Blockage on Human Penile Erection. Annual Meeting of the North Central Section of the American Urological Association, Cedar Rapids, Iowa, September 19-22, 1984.
5. Blum, MD, **Bahnson, RR**, Lee, C, Dechsler, TW, Grayhack, T.: "Estimation of Canine Prostatic Size by *in vivo* Ultrasound and Volumetric Measurement:.  J. Urol. 133:374A, 1985.
6. Oyasu, R, **Bahnson, RR**, Nowels, K, Garnett, JE. Cytological Atypia in the Prostate Gland: Frequency, Distribution, and Possible Relevance to Carcinoma.  Annual Meeting of the North Central Section of the American Urological Association, Palm Beach, Florida, November 8, 1985.
7. **Bahnson, RR.** Donovan, J, Carter, M. Urologic Complications of Vascular Surgery.  Annual Meeting of the North Central Section of the American Urological Association, Palm Beach, Florida, November 9, 1985.
8. **Bahnson, RR**, Catalona, WJ. Adverse Implications of Acid Phosphatase Levels In The Upper Range of Normal. J. Urol. 135:241A, 1986.
9. Hudson, J, **Bahnson, RR.** Effect of Gamma Interferon on Human Renal Cell Carcinoma: Lack of Efficacy in the JDF Tumor Model.  J. Urol. 135:320A, 1986.
10. **Bahnson, RR.** Ultrasound and the Diagnosis of Genitourinary Rhabdomyosarcoma in Children.  Annual Meeting of the South Central Section of the American Urological Association, San Antonio, Texas, October 1, 1986.
11. **Bahnson, RR.** Papaverine Testing of Impotent Patients Following Nerve-Sparing Radical Prostatectomy.  J. Urol. 137:226A, 1987.
12. **Bahnson, RR.** Inhibition of Mouse Bladder Tumor Proliferation by Alpha Diflurormethyornithine and Interferon alpha/beta *in vitro* and *in vivo.*  J. Urol. 139:247A, 1988.
13. **Bahnson, RR**, Ratliff, TL. Effect of Gamma Interferon on Inhibitory Activity of Tumor Necrosis Factor in a Mouse Bladder Tumor Model *in vitro* and *in vivo.*  J. Urol. 139:247A, 1988.
14. **Bahnson, RR**, Ballou, BT, Schwentker, FN, Ernstoff, MS,Reiland, JM, Cramer, DV, Hakala, TR. Pre-Clinical Study of Intra vesical Recombinant Human Tumor Necrosis Factor in Cynomolgus Monkeys.  J. Urol. 139:308A, 1988.
15. Hudson, MA, Catalona, WJ, **Bahnson, RR.** Prostate Specific Antigen Levels Following Radical Prostatectomy. J. Urol. 139:314A, 1988.
16. **Bahnson, RR**, Becich, MJ, Dresner, SM. Incidence and Prognostic Significance of Lymphatic and Vascular Invasion in Radical Prostatectomy Specimens.  J. Urol. 139:339A, 1988.
17. **Bahnson, RR**, Andriole, GL, Clayman, RV, Catalona, WJ. Catecholamine Excess: Probable Cause of Post Operative Tachycardia Following Retroperitoneal Lymph Node Dissection for Testicular Carcinoma.  J. Urol. 139:499A, 1988.

18. Nair, SG, Kirkwood, JM, Colao, D, **Bahnson, RR**, Sisco, P, Leonard, A, Kucharski, C, Ernstoff, MS. Phase I A/B Trial of Recombinant Interferons Alpha and Gamma in Patients with Metastatic Renal Cell Carcinoma. Proc. Am. Soc. Clin. Oncol. 7:126, #387, 1988.

19. **Bahnson, RR**, Schwentker, FN, O'Donnell, WF. Early Experience with the Dacomed Duraphase Penile Prosthesis. Annual Meeting of the Northeastern Section of the American Urological Association, November 5, 1988.

20. Miller, RJ, **Bahnson, RR,** Banner, BF, Ernstoff, MS, O'Donnell, WF. Neoadjuvant M-VAC for Locally Advanced Transitional Cell Carcinoma of the Bladder. Annual Meeting of the Northeastern Section of the American Urological Association November 3, 1988.

21. Ernstoff, MS, Nair, S, Kirkwood, JM, **Bahnson, RR**, Friberg, D, Downs, MA, Neuhart, J, Whiteside, T, Hakala, TR. Determination of Optimal Biological Response Modification in Patients with Metastatic Renal Cell Carcinoma Treated with Sequential Recombinant Gamma Interferon and Recombinant Alpha Interferon: A Preliminary Evaluation of Natural Killer Cell Activity. International Symposium on Effects of Therapy on Biology and Kinetics of Surviving Tumor. Vancouver, British Columbia, Canada. February 15, 1989.

22. **Bahnson, RR**, Nair, S, Miktic, LM, Banner, BF, Ernstoff, MS. Recombinant Interferons Gamma and Alpha for Metastatic Renal Cell Carcinoma. J. Urol. 141:267A, 1989.

23. Ernstoff, MS, Whiteside, TL, Nair, S, Kirkwood, JM, **Bahnson, RR.** Evaluation of Natural Killer Cell Activity in Patients with Metastatic Renal Cell Carcinoma Treated with Sequential Recombinant Interferon Gamma and Recombinant Interferon Alpha. J. Urol. 141:316A, 1989.

24. **Bahnson, RR,** Ernstoff, MS, Banner, BF. Toxicity of M-VAC Following Radical Cystectomy. J. Urol. 141:388A, 1989.

25. Ernstoff, MS, Szumowski, J, **Bahnson, RR.** Vinblastine and Quinidine in Patients with Metastatic Renal Cell Carcinoma. J. Urol. 141:465A, 1989.

26. Banner, B, Brancazio, L, **Bahnson, RR**, Taylor, SR. DNA Analysis of Multiple Synchronous Renal Cell Carcinomas. Lab. Invest. 60:6A, 1989.

27. Banner, BF, Burnham, JA, **Bahnson, RR,**, Ernstoff, MS, Auerbach, HE. Immunophenotypic Markers in Renal Cell Carcinoma. Lab. Invest. 60:6A, 1989.

28. Logan, TF, Shu, S, **Bahnson, RR**, Leon, SPL, Banner, BB. Generation of Specific Cytolytic Cells from Patients with Melanoma and Renal Cell Carcinoma By In Vitro Sensitization. Proc. Am. Assn. Cancer Research 30:342, #1358, 1989.

29. Nair, SG, Schwarz, RE, Ernstoff, MS, Melder, R, Hiserodt, JC, Elder, E, **Bahnson, RR** Herberman, RB, Gemperlein, M, Whiteside, TL, Kirkwood, JM. Factors Correlated with the Generation of Adherent Lymphokine Activated Killer Cells in Patients with Metastatic Melanoma and Renal Cell Cancer. Proc. Am. Soc. Clin. Oncol. 8:195, #759, 1989.

30. Szumowski, J, Ernstoff, MS, **Bahnson, RR**, Downs, MA, Nuehart, J, Banner, BB, Miktic, L. Chemotherapy (Vinblastine) and Inhibitor (Quinidine Sulfate) of Multidrug Resistance in the Treatment of Metastatic Renal Cell Carcinoma. Proc. Am. Soc. Clin. Oncol. 8:145, #565, 1989.

31. **Bahnson, RR**, Miller, RJ, O'Donnell, WF, Ernstoff, MS. Toxicity Comparison of Neoadjuvant versus Adjuvant M-VAC in Radical Cystectomy Patients. Annual Meeting of the Northeastern Section of the American Urological Association, September 25, 1989.

32. **Bahnson, RR**, Szumowski, J, Ernstoff, MS, Downs, MA. Evaluation of Quinidine and Vinblastine in Patients with Metastatic Renal Cell Carcinoma. Annual Meeting of the Northeastern Section of the American Urological Association, September 26, 1989.

33. Miketic, ML, **Bahnson, RR**, Ernstoff, MS, Kirkwood, JM, Nair, S, Logan, T, Down, M, Neuhart, JA. Radiographic Complications of Biologic Response Modifiers. The Radiological Society of North America. November 29, 1989.

34. Kane, P, Logan, T, Shannon, W, Wolmark, N, Posner, M, Kirkwood, J, Ernstoff, M, Futreee, W, Dexter, L, Williams, S, Iwatuski, S, **Bahnson, RR**, Day, R. Relationship of Tumor Mass to Cells Obtained for use in a Vaccine/Tumor Sensitization (IVS) Protocol. Proc. Am. Assn. Cancer Research 31:283, #1671, 1990.

35. Ernstoff, MS, Nair, S, **Bahnson, RR** Gooding, W, Day, R, Miketic, L, Banner, B, Whiteside, T, Kirkwood, JM. Sequentially Combined Recombinant Interferon Gamma and alpha in Patients with Renal Cell Carcinoma. Proc. Am. Soc. Clin. Oncol. 9:153, #594, 1990.

36. Ferri, WA, **Bahnson, RR,** Hakala, TR, Schwentler, F, Banner, B, Downs, MA, Nadler, P, Ernstoff, MS. Phase I Trial of Intravesical Recombinant Human Tumor Necrosis Factor in Patients with Superficial Transitional Cell Carcinoma or *carcinoma in situ* of the Urinary Bladder. Proc. Am. Soc. Clin. Oncol. 9:153, #595, 1990.

37. Nair, S, Ernstoff, MS, Whiteside, TL, Miketic, L, Vlock, DR, Gemperline, M, **Bahnson, RR**, Herberman, RB, Kirkwood, JM. Adoptive Immunotherapy with Adherent LAK Cells. Proc. Am. Cos. Clin. Oncol. 9:200, #775, 1990.

38. **Bahnson, RR,** Banner, BF, Ernstoff, MS, Titus-Ernstoff, L, Taylor, S. Quantitative DNA Analysis of Small Renal Cortical Neoplasma. Annual Meeting of the Northeastern Section of the American Urological Association, September 26, 1990.

39. Agarwala, S, **Bahnson, RR,** Wilson J, Szumowski, J, Downs, M, Ernstoff, M. Evaluation of the Combination of Vinblastine and Quinidine in Patients with Metastatic Renal Cell Carcinoma - A Phase I Study. Proc. Am. Assn. Cancer Research 32:195, #1161, 1991.

40. Lazo, J, Reese, C, **Bahnson, RR,** Teicher, BA, Fujiwara, Y, Saijo, N. Metallothionein Isoform Expression in Human Carcinoma Cells with Acquired Resistance to Cisplatin. Proc. Am. Assn. Cancer Research 32:355, #2106, 1991.

41. **Bahnson, RR,** Hrebinko,R, Schwentker, FN, O'Donnell, WF. Intermediate Experience with the DuraPhase Penile Prosthesis. Annual Meeting of the Northeastern Section of the American Urological Association, September 23, 1991.

42. **Bahnson, RR.** Elevation of Prostate Specific Antigen from Bacillus Calmette-Guerin Induced Granulomatous Prostatitis. Annual Meeting of the Northeastern Section of the American Urological Association, September 23, 1991.

43. **Bahnson, RR,** Banner, BF, Ernstoff, ME, Lazo, JS, Cherian, MG, Banerjee, D, Chin, JL. Immunohistochemical Localization of Metallothionein in Transitional Cell Carcinoma of the Bladder. Annual Meeting of the Northeastern Section of the American Urological Association, September 23, 1991.

44. Corral, DA. Becich, MJ, **Bahnson, RR.** Preoperative Prostate Specific Antigen Fails to Predict Pelvic Lymph Node Involvement by Prostate Cancer. Annual Meeting of the Northeastern New England Section of the American Urological Association, September 13-16, 1992.

45. **Bahnson, RR,** Oeler, TA, Kuo, S-M, DeFilippo, JM, Lazo, JS. Metallothionein Overexpression is Associated with *in vitro* Resistance to Cisplatin in a Mouse Bladder Tumor Cell Line. Annual Meeting Northeastern Section/New England Section of the American Urological Association. September 13-16, 1992.

46. Hill, CC, Jordan, ML, **Bahnson, RR.** Penile Prosthesis Surgery in the Immunosuppressed Patient. Annual Meeting Northeastern Section/New England Section of the American Urological Association. September 13-16, 1992.

47. **Bahnson, RR**, Oeler, TA, Schwartz, GD. Growth Inhibition of a Human Prostatic Carcinoma Cell Line by Vitamin D and D Analogs. Annual Meeting Northeastern Section/New England Section of the American Urological Association. September 13-16, 1992.

48. Schwartz, GG, Oeler, TA, **Bahnson, RR.** Anti-proliferative Effects of 1,25 Dihdroxyvitamin $D_3$ and Vitamin D Analogs on 3 Human Prostatic Carcinoma Cell Lines: LnCaP, Du-145, and PC-3. International Symposium on Biology of Prostate Growth, Bethesda, Maryland. September 11-13, 1992.

49. **Bahnson, RR.** Treatment of Pathologic Stage T3N+MO Bladder Cancer: The Case for Observation. Postgraduate Course #11, Controversies in Urologic Oncology, 78th Annual Meeting of the American College of surgeons, October 13-14, 1992.

50. **Bahnson, RR.** Treatment of Stage A-1 Prostate Cancer: The Case for Treatment. Postgraduate Course #11, Controversies in Urologic Oncology, 78th Annual Meeting of the American College of Surgeons, October 13-14, 1992.

51. **Bahnson, RR**, Oeler, T, Trump, D, Smith, S, Schwartz, GG. Inhibition of Human Prostatic Carcinoma Cell Lines by 1,25 Dihdroxyvitamin D3 and Vitamin D Analogs. J. Urol. 149:471A #1034, 1993.

52. Corral, DA, **Bahnson, RR.** Survival After Radical Prostatectomy of Men in the Eighth Decade of Life. Annual Meeting of the Northeastern Section of the American Urological Association, November 10, 1993.

53. Hill, CC, Oeler,TA, Schwartz, GG, Becich, JJ, **Bahnson, RR.** Effect of the Vitamin D Analog 1,25 (OH) 2 16-ENE-23-YNE Vitamin D3 on Prostate Cancer in an Animal Model. Annual Meeting of the Northeastern Section of the American Urological Association, November 10, 1993.

54. Gau, JT, Grove, ML, Strom, S, Orsini, R., Song, KC, **Bahnson, RR**, Beich, JM. Comparison of Human Normal and Neoplastic Prostate Epithelial Cells by Transmission Electron Microscopy (TEM) and Quantitative Image Analysis and Morphometry (QIAM). Joint Annual Meeting of the Microscopy Society of America and the Microbeam Analysis Society, New Orleans, Louisiana, July 31-August 5, 1994.

55. Sethi, PK, **Bahnson, RR**, Barnes, EL, Demetris, AJ, Michalopoulos, GK, Trump, DL, Yousem, SA, Becich, MJ. Synoptic Templates for Surgical Pathology Reporting of the Gastrointestinal Tract Neoplasms. Amer. J. Clin. Path. 101:398a, 1994.

56. Gau, JT, Evans, BA, Asman, D, Strom, SC, **Bahnson, RR**, Cooper, DL, Becich, MJ. CD44 Expression in Normal and Neoplastic Human Prostate. Molec. Biol. Cell. 5:312A, 1994.

57. Strom, SD, Shuman, M, **Bahnson, RR**, Becich, MJ. Replication of Human Prostate Epithelial Cells, In Vitro. AACR Special Conference on Basic and Clinical Aspects of Prostate Cancer, Dec. 8-12, 1994.

58. Gau, JT, Hem, S, Grove, ML, Shuman, M, Hakam, A, Evans, BA, Howard, TA, Strom, S, **Bahnson, RR**, Cooper, D, Becich, MJ. Cellular Distribution of PSA, CD44 and C-met in Prostate Models In Vivo and In Vitro: Clues to Secretory Regulation of PSA. AACR Special Conference on Basic and Clinical Aspects of Prostate Cancer, Dec. 8-12, 1994.

59. Hakam, A, Gau, JT, Grove, ML, Evans, BA, Shuman, M, Strom,SC, **Bahnson, RR**, Wsethi, PK, Song, KC, DiGiorgio, C, He, F, Hatton, CS, Wimberly, FC, Roskies, RZ, Deckenbaugh, L, Gross, W, Schubert, E, Becich, MJ. Correlative Microscopy in Distributed (Clinet/Server) Computing Environments: Tools for Catalyzing the Rapid Dissemination of Information about the Cell Biology of the Human Prostate. JMSA Proc. Microscopy and Microanalysis 682-683, 1995.

60. Ernstoff, MS, Kanbour-Shakir, A, **Bahnson, RR**, Tosteson, TD, Juo, SM, Phillips, D, Mott, LA, Oeler, T, Lazo, JS. Tumor Metallothionein Expression in Patients with Ovarian Cancer. Proceedings of the American Association for Cancer Research, 36:213, 1267, March 1995.

61. Raptis, S, Edwards, RP, **Bahnson, RR**, Kanbour-Shakir, A. Can Metallothionein Expression in Ovarian Epithelial Neoplasm Predict the Effectiveness of Chemotherapy? Annual Meeting of the United States and Canadian Academy of Pathology, March 11-17, 1995.

62. Naraghi, R, O'Donnell, WF, **Bahnson, RR.** Routine Frozen Section of Pelvic Lymph Node Specimens Prior to Radical Retropubic Prostatectomy is Unnecessary in Patients with Prostate Specific Antigen Levels Less than 20 ng/ml. Annual Meeting of the American Urological Association, 153:353A, 499, April 23-28, 1995.

63. **Bahnson, RR,** Naraghi, R, Oeler, T, Evans, B, Hakam, A, Strom, S, Becich, MJ. Immunohistochemical Distribution of Hepatocyte Growth Factor (HGF) and its Receptor C-met in Radical Prostatectomy Specimens. Annual Meeting of the American Urological Association, 153:269A, 163, April 23-28, 1995.

64. Greenberg, R, O'Dwyer, P, Patterson, L, **Bahnson, RR**, Edson, M, Wood, D, Bellingham, C, Childs, S, Steinberg, G, Bamberger, M, Sweatment, T, Israel, M. Intravesical AD 32 (N-Trifluoroacetyladriamycin-14-Valerate) in the Treatment of Patients with Refractory Bladder Carcinoma. Annual Meeting of the American Urological Association, 153:233A, 19, April 23-28, 1995.

65. Konety, BR, Painter, L, **Bahnson, RR.** A Cost Containment Strategy for Radical Retropubic Prostatectomy: Results From Implementation of a Clinical Pathway. J.Urol. 155:679A, 1473, 1996.

66. Getzenberg, RH, Konety, BR, Nguyegen, T-ST, Vietmeier, BN, Acierno, JS, Becich, MJ, Hrebinko, RL, **Bahnson, RR.** Characterization of Bladder Cancer Associated Nuclear Matrix Proteins. J.Urol 157:49, 1997.

67. Wagner, TT. **Bahnson, RR.** Charge and Length of Stay Analysis for Radical Prostatectomy and Brachytherapy. Presented at North Central Section of the American Urological Association, Monterrey, California, May, 1997.

68. **Bahnson, RR**, Brosman, SA, Greenberg, RE, and the investigators of the AD-32 Study Group: AD-32-Salvage Therapy for Refractory CIS. Presented at North Central Section of the American Urological Association, Monterrey, California.

69. Cram, MR, Hinkle, GH, Olsen, JO, Burgers, JK, **Bahnson, RR.** Prostascint Imaging and PSA Outcome with Salvage External Beam Irradiation Therapy for Localized Failure following RRP. Presented at North Central Section of the American Urological Association, Monterrey, CA.

70. Getzenberg, RH, Konety, BR, Nguyen, T-S T, Vietmeier, BN, Becich, MJ, **Bahnson, RR.** Characterization of Bladder Cancer Associated Nuclear Matrix Proteins. 2nd World Congress on Urological Research, Pacific Grove, CA, 1997.

71. Pesavento, TE, Falkenhain, ME, Cosio, FG, **Bahnson, RR.** Renal Function After Nephrectomy in the Elderly and Hypertensive: Implications for Living Donors.  17th Annual Scientific Meeting, Jan. 1998.

72. Getzenberg, RH, Konety, BR, Nguyen, T-S T, Vietmeier, BN, Becich, MJ, **Bahnson, RR.** Characterization of Bladder Cancer Associated Nuclear Matrix Proteins.  AACR Conference on Innovative Approaches to the Prevention, Diagnosis and Therapy of Cancer; Maui, HI, 1998.

73. Getzenberg, RH, Konety, BR, Nguyen, T-S T, Vietmeier, BN, Becich, MJ, **Bahnson, RR.** Characterization of the Bladder Cancer Specific Nuclear Matrix Protein, BLCA-4.  Proceedings of the American Association for Cancer Research 39:467, 1998.

74. Wagner, TT, **Bahnson, RR.** The Early Morbidity Associated with Transperineal Prostate Brachytherapy.  72nd Annual Meeting of the NCS of the AUA.  Amelia Island, FL, Oct. 11-17, 1998.

75. Gambla, MT, Nag, S, **Bahnson, RR.** Factors Predictive of Brachytherapy Failure for Localized Prostate Cancer.  73rd Annual Meeting of the NCS of the AUA Chicago, IL, Sept. 22-25, 1999.

76. Arnold, PM, **Bahnson, RR.** Extended Transrectal Ultrasound Biopsy for Detection of Prostate Carcinoma.  73rd Annual Meeting of the NCS of the AUA Chicago, IL, Sept. 22-25, 1999.

77. LeRoy, BE, **Bahnson, RR**, Rosol, TJ. Model of Osteoblastic Bone Metastasis: Bone Induction in Nude Mouse Calvaria by Canine Prostate Tissue.  The Endocrine Society 82nd Annual Meeting June 21, 2000.

78. Brown, DM, **Bahnson, RR.** A Patient Profile of Recurrent, Self-Inflicted Lower Urinary Tract Foreign Bodies.  74th Annual Meeting of the NCA of the AUA Scottsdale, AZ, Oct. 29-Nov. 4, 2000.

79. LeRoy, B, **Bahnson, RR,** Rosol, T. Model of Osteoblastic Bone Metastasis: Bone Induction in Nude Mouse Calvaria by Canine Prostate Tissue.  Proceedings of the American Association for Cancer Research V1 42:917, Mar. 2001.

80. Zhang, H, Melamed, J, Cox, K, Ferrone, S, Frankel, WL, **Bahnson, RR,** Zheng, P. Proto-oncogene PML and HLA Class I Expression in Human Prostate Cancer: An Immunohistochemical Study.  FASEB Meeting, Orlando, FL, Mar. 30-Apr. 5, 2001.


## VISITING PROFESSORSHIPS

**American Urologic Association,** New York Section, Guest Professor 1987.
**Albany Medical College**, Division of Urology, Visiting Professor, Albany, New York, 1991.
**IV Congresso Paulista De Urologia**, Guest Professor, Sao Paulo, Brazil, 1996.
**University of Cincinnati**, Division of Urology, Visiting Professor, Cincinnati, Ohio, 1997.
**The University of Iowa**, Department of Urology, Visiting Professor, Iowa City, Iowa, 1997.
**Medical College of Ohio**, Department of Urology, Visiting Professor, Toledo, Ohio, 1997.
**University of Rochester**, Department of Urology, Visiting Professor, Rochester, New York, 1999.
**Illinois Urological Society**, Guest Professor, Delavan, Wisconsin, 2000.
**Northeastern Ohio University College of Medicine**, Department of Urology, Visiting Professor, Akron, Ohio, 2000.
**University of Kansas**, Department of Urology, Visiting Professor, Kansas City, Kansas, 2001.
**Michigan Urological Society,** Guest Professor, Detroit, Michigan, 2003.
**Vattikuti Urology Institute, Department of Urology, Henry Ford Health System,** Visiting Professor, Detroit, Michigan, 2004
**University of Pennsylvania,** Division of Urology, Visiting Professor, Philadelphia, Pennsylvania, 2004.
**Wake Forest University,** Department of Urology, Visiting Professor, Winston-Salem, North Carolina, 2005.
**Southern Illinois University,** Department of Urology, Visiting Professor, Springfield, Illinois, 2006.
**Medical College of Wisconsin,** Department of Urology, Visiting Professor, Milwaukee, Wisconsin, 2011.
**Loyola University,** Department of Urology, Roland Cross Visiting Professor, Chicago, Illinois, 2011.
**University of Wisconsin,** Department of Urology, Les Crenier Lectureship, Madison, Wisconsin, 2012.


## PRESENTATIONS, LECTURES AND SEMINARS

1.  **Bahnson, R.R.**: "Adjuvant Radiation Therapy for Locally Extensive Prostatic Carcinoma". Presented at the Chicago Urologic Society Program on Prostate Cancer, December 5, 1984.

2.  **Bahnson, R.R.**: "Evaluation and Treatment of Impotence in the Diabetic Patient". Presented at seminar "Diabetes: Update for the Practicing Physician", Barnes Hospital, S. Louis, Missouri, September 29, 1985.

3.  **Bahnson, R.R.**: "New Concepts In The Staging And Treatment of Prostate And Testicular Tumors". Presented at the Fall Cancer Symposium of the Southeast Missouri Regional Cancer Center, Cape Girardeau, Missouri, October 18, 1986.

4.  **Bahnson, R.R.**: "Outpatient Papaverine Testing for the Evaluation and Treatment of Erectile Impotence". Presented at the Kansas City Urologic Society Meeting, May 27, 1987.

5.  **Bahnson, R.R.**: "Outpatient Flexible Cystoscopy". Presented at the Flexible Endoscopy of the Urinary Tract Seminar, Washington University School of Medicine, St. Louis, Missouri, June 5, 1987.

6.  **Bahnson, R.R.**: "Early Experience with PSA in Staging of Patients with Clinically Localized Carcinoma of the Prostate". Presented at the Pittsburgh Cancer Institute Mini symposium on Tumor Markers in Prostrate Cancer. Pittsburgh, Pennsylvania, October 1, 1987.

7.  **Bahnson, R.R.**: "Treatment of Metastatic Renal Cell Cancer with Biologic Response Modifiers". Presented at the Annual Meeting of the Urological Association of Pennsylvania, Pittsburgh, Pennsylvania, May 14, 1988.

8.  **Bahnson, R.R.**: "Management of Urinary Incontinence". Presented at the 1st Annual Conference on Geriatric Medicine, Westmoreland Hospital, Greensburg, Pennsylvania, June 2, 1988.

9.  **Bahnson, R.R.**: "New Approaches to Metastatic Renal Cell Carcinoma:. Presented at the Annual Meeting of the Southwestern Pennsylvania Chapter of the American College of Surgeons, Pittsburgh, Pennsylvania, April 26, 1989.

10. **Bahnson, R.R.**: "Importance of Fund Raising for Cancer Research". Presented at the Leadership Recognition Conference for the Pennsylvania Division of the American Cancer Society, Warrendale, Pennsylvania, October 26, 1989.

11. **Bahnson, R.R.**: "Clinical Role of PSA in Predicting Hormonal Response in Prostate Cancer". Presented at McKeesport Hospital Tumor Board, McKeesport, Pennsylvania, March 12, 1990.

12. **Bahnson, R.R.**: "Tumor Resistance to Chemotherapy". Presented at Westmoreland Hospital Grand Rounds, Greensburg, Pennsylvania, March 9, 1991.

13. **Bahnson, R.R.**: "Genitourinary Oncology Update". Presented at the Annual Meeting of the Southwestern Pennsylvania Chapter of the American College of Surgeons, Pittsburgh, Pennsylvania, May 1, 1991.

14. **Bahnson, R.R.**: "Metallothionein and Transitional Cell Carcinoma of the Bladder". Presented at Urology Grand Rounds, Massachusetts General Hospital, Boston, Massachusetts, May 5, 1991.

15. **Bahnson, R.R.**: "Immunohistochemical Localization of Metallothionein in Invasive Bladder Carcinoma". Urology Grand Rounds, Montefiore Medical Center, Albert Einstein College of Medicine, New York, New York, August 2, 1991.

16. **Bahnson, R.R.**: "Familial and Genetic Aspects of Prostate Cancer". Presented at Surgical Grand Rounds, Western Pennsylvania Hospital, Pittsburgh, Pennsylvania, October 19, 1991.

17. **Bahnson, R.R.**: "Invasive Bladder Cancer". Surgical Grand Rounds, University of Pittsburgh School of Medicine, Pittsburgh, Pennsylvania, October 26, 1991.

18. **Bahnson, R.R.**: "Familial and Genetic Aspects of Prostate Cancer". Presented at Surgical Grand Rounds, Albany Medical College, Albany, New York, November 14, 1991.

19. **Bahnson, R.R.**: "Familial and Genetic Aspects of Prostate Cancer". Presented at Medical Grand Rounds, Latrobe Area Hospital, Latrobe, Pennsylvania, May 27, 1992.

20. **Bahnson, R.R.**: "Testicular Cancer". Presented at Overview of Selected Malignancies, Pittsburgh Cancer Institute, Pittsburgh, Pennsylvania, June 5, 1992.

21. **Bahnson, R.R.**: "Role of PSA in Prostate Cancer Screening". Presented at Annual Meeting of Pennsylvania Chapter of American Cancer Society, Harrisburg, Pennsylvania, June 18, 1992.

22. **Bahnson, R.R.**: "Medical Therapy of Benign Prostatic Hyperplasia". Presented at Surgical Grand Rounds, Olean General Hospital, Olean, New York, August 25, 1992.

23. **Bahnson, R.R.**: "Advances in the Diagnosis and Management of Prostate Disease and the Role of PSA in Primary Care Practice". Presented for American Academy of Family Practice, Sheraton Station Square, Pittsburgh, Pennsylvania, September 23, 1992.

24. **Bahnson, R.R.**: "Early Detection of Prostate Cancer". Presented at Defending Against Cancer: Health Promotion and Risk Reduction, Pittsburgh Cancer Institute, Pittsburgh, Pennsylvania, September 24, 1992.

25. **Bahnson, R.R.**: "Pathophysiology of Benign Prostatic Hyperplasia and Dysfunctional Urination". Presented at Benign Prostatic Hyperplasia: New Roles for Primary Care and Urologic Surgery. University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania, December 12, 1992.

26. **Bahnson, R.R.**: "Update on Prostate Cancer". Presented at Cancer Care Rounds, Pittsburgh Cancer Institute, Pittsburgh, Pennsylvania, July 21, 1993.

27. **Bahnson, R.R.**: "Patterns of Resistance to Chemotherapeutic Agents". Presented at NCI Bladder Cancer Conference: New Concepts in Biology and Therapy, Prouts Neck, Maine, October 21-24, 1993.

28. **Bahnson, R.R.**: "Prostate Cancer: Are You at Risk?" Pittsburgh Cancer Institute "Alive and Well" Series, Sewickley, Pennsylvania, March 31, 1994.

29. **Bahnson, R.R.**: "Intravesicular Therapy: Chemotherapy, BCG, and Beyond". 16th Annual Meeting of the Ohio Valley-Lake Erie Association of Cancer Centers, October 15, 1994.

30. **Bahnson, R.R.**: "Surgical Issues in Urologic Oncology". Pittsburgh Cancer Institute Oncology Grand Rounds, Pittsburgh, Pennsylvania, December 2, 1994.

31. **Bahnson, R.R.**: "Controversies in Prostate Cancer". Medical Grand Rounds University of Pittsburgh School of Medicine, Pittsburgh, Pennsylvania, January 13, 1995.

32. **Bahnson, R.R.**: "Hepatic Resection for Advanced Renal Cell Carcinoma". Southern Society of Clinical Surgeons, Pittsburgh, Pennsylvania, April 12, 1995.

33. **Bahnson, R.R.**: "Medical Management of BPH". Grand Rounds, St. Francis Hospital, Pittsburgh, Pennsylvania, April 21, 1995.

34. **Bahnson, R.R.**: "Practical Use of Prostate Specific Antigen (PSA) in Clinical Practice". Department of Medicine Conference on Practical Approaches in Primary Care Medicine, Pittsburgh, Pennsylvania, September 12, 1995.

35. **Bahnson, R.R.**: "Long Term Results of Medical Management of BPH". Presented at Urologic Surgery Grand Rounds, State University of New York at Syracuse, Syracuse, New York, September 13, 1995.

36. **Bahnson, R.R.**: "Our Healthy Community". Radio program, radio station WCXJ, Pittsburgh, Pennsylvania, January 24, 1996.

37. **Bahnson, R.R.**: "A Cost Containment Strategy for Radical Retropubic Prostatectomy: Results from Implementation of a Clinical Pathway Program". University Urologic Forum, Kona, Hawaii, February 8, 1996.

38. **Bahnson, R.R.**: "The Continent Urinary Diversion". Pittsburgh Chapter of the United Ostomy Association, Pittsburgh, Pennsylvania, February 18, 1996.

39. **Bahnson, R.R.**: "Prostate Cancer". Grand Rounds, The Medical Center, Beaver, Pennsylvania, March 29, 1996.

40. **Bahnson, R.R.**: "Computerized Tomography for Staging of Clinically Localized Adenocarcinoma of the Prostate". 42nd Annual Meeting of the American College of Surgeons Southwestern Pennsylvania Chapter, April 3, 1996.

41. **Bahnson, R.R.**: "Diagnosis and Treatment of Prostate Disorders". Trumball County Medical Society, Warren, Ohio, May 15, 1996.

42. **Bahnson, R.R.**: "Continent Urinary Diversion". Pittsburgh Chapter CETN. Forbes Regional Hospital, Monroeville, Pennsylvania, May 23, 1996.

43. **Bahnson, R.R.**: "Prostate Cancer in the 90's". Update on Breast Cancer and Prostate Cancer for Social Workers and Counselors, Fawcett Center, The Ohio State University, Columbus, Ohio, September 26, 1996.

44. **Bahnson, R.R.**: "Prognostic Factors for Adenocarcinoma of the Prostate". IV Congresso Paulista De Urologia, San Paulo, Brazil, October 24-27, 1996.

45. **Bahnson, R.R.**: "Chemotherapy and Immunotherapy of Superficial Bladder Cancer". IV Congresso Paulista De Urologia, San Paulo, Brazil, October 24-27, 1996.

46. **Bahnson, R.R.**: "Prostate Cancer Screening with PSA". IV Congresso Paulista De Urologia, San Paulo, Brazil, October 24-27, 1996.

47. **Bahnson, R.R.**: "Prognostic Factors for Transitional Cell Cancer of the Bladder". IV Congresso Paulista De Urologia, San Paulo,Brazil, October 24-27, 1996.

48. **Bahnson, R.R.**: "Intravesical AD-32 in Bladder Cancer". Chemotherapy Foundation Symposium XIV, Mt. Sinai School of Medicine, New York, New York, November 8, 1996.

49. **Bahnson, R.R.**: "Prostate Cancer". Retired Firefighters of Franklin County, Columbus, Ohio, February 5, 1997.

50. **Bahnson, R.R.**: "Molecular Markers of Bladder Neoplasia". Greater Cincinnati Urology Association, Cincinnati, Ohio, March 10, 1997.

51. **Bahnson, R.R.**: "Prostate Cancer - An Update". Grand Rounds. Family Practice and Internal Medicine Physicians, St. Ann's Hospital, Columbus, Ohio, March 20, 1997.

52. **Bahnson, R.R.**: "Charge and Length of Stay Analysis for Radical Prostatectomy and Brachytherapy". Northwestern Ohio Urological Association Quarterly Meeting, Toledo, Ohio, September 10, 1997.

53. **Bahnson, R.R.**: "Molecular Markers of Bladder Neoplasia". 71st Annual Meeting of the NCS AUA, Monterey, CA, September 23, 1997.

54. **Bahnson, R.R.**: "Strategic Leadership to Combat Managed Care Trends". 18th Annual Ohio Urological Society Meeting, Columbus, Ohio, March 15, 1998.

55. **Bahnson, R.R.**: Discussant; Prostate Cancer General Session. 72nd Annual Meeting of the NCS AUA, Amelia Island, FL, October 16, 1998.

56. **Bahnson, R.R.**: Kidney Cancer Highlights, Plenary Session III, 94th Annual Meeting of the American Urological Association, Dallas, TX, May 4, 1999.

57. **Bahnson, R.R.**: "Erectile Dysfunction". James Cancer Hospital Prostate Cancer Support Group, September 29, 1999.

58. **Bahnson, R.R.**: "What's New in Superficial Transitional Cell Carcinoma? Markers, Medical and Surgical Management". 73rd Annual Meeting of the North Central Section of the AUA, Chicago, IL, Sept. 24, 1999.

59. **Bahnson, R.R.**, and Klein, E.A.: "Prostate Cancer Update". Ohio Medical Education TV, Oct. 8, 1999.

60. **Bahnson, R.R.**: "Update on Men's Health Issues II". Stratford Springs Restaurant, Wheeling, W.VA., November 2, 1999.

61. **Bahnson, R.R.**: "Common Diseases of the Prostate". Ohio State University Family Medicine Resident Conference, November 10, 1999.

62. **Bahnson, R.R.**: "Contemporary Issues in the Management of Male Sexual Dysfunction". Salem Community Hospital, Salem, OH, November 10, 1999.

63. **Bahnson, R.R.**: Moderator, Podium Session, Bladder Cancer: Staging. 95TH Annual Meeting of the American Urological Association, Atlanta, GA, May 2, 2000.

64. **Bahnson, R.R.**: Urologic Oncology, 11th Annual AUA Highlight Meeting, Omni Hotel CNN Center, Atlanta, GA, May 1, 2000.

65. **Bahnson, R.R.**: "Prostate Cancer and Its Issues". James Cancer Hospital Prostate Cancer Support Group, July 26, 2000.

66. **Bahnson, R.R.**: "Tricks of the Trade: Technical Aspects of the Performing Cystectomy in Women". 74th Annual Meeting NCS AUA, Scottsdale, AZ, Nov. 3, 2000.

67. **Bahnson, R.R.**: Prostate Cancer Management Update. Doctor's Hospital Dept. of Continuing Medical Education, Focusing on Family Practice in 2001. September 22, 2001

68. **Bahnson, R.R.**: "Update on Early Detection of Prostate Cancer". James Cancer Hospital Prostate Cancer Support Group, September 26, 2001.

69. **Bahnson, R.R.**: "Urology and the Prostate. What Are They?" OSU Health Insights Group. James Cancer Hospital November 13, 2001.

70. **Bahnson, R.R.**: "Active Surveillance for Prostate Cancer" OSU Department of Urology Grand Rounds. The Ohio State Medical Center, September 16, 2008.

71. **Bahnson, R.R.**: "Hearts and Minds Program" OSU Department of Urology Grand Rounds. The Ohio State University Medical Center, July 29, 2008

72. **Bahnson, R.R.**: "Male Sexual Function" OSU Med II Lecture. The Ohio State University Medical Center, February 24, 2009.

73. **Bahnson R.R.**: "Should Intermittent Androgen Ablation be the Standard of Care for Advanced Prostate Cancer?" Panel Discussion Plenary Session III Moderator. AUA, Chicago, IL, April 28, 2009.

74. **Bahnson, R.R.**: "Neurophysiology & Pharmacology of Micturition", OSU Med II Lecture. The Ohio State University Medical Center, October 19, 2009.

75. **Bahnson, R.R.**: "Molecular Imaging of Clear Cell Renal Cell Carcinoma" OSU Department of Urology Grand Rounds, The Ohio State University Medical Center, October 20, 2009.

**PROFESSIONAL ACTIVITIES**

**Editorial Boards**

| | |
|---|---|
| 1997-2000 | Review Articles Editor, Urologic Oncology |
| 1997 | Editorial Board, Urology Stat |
| 2001-Present | News and Topics Editor, Urologic Oncology, Seminars and Original Investigations |
| 2008-Present | Therapeutic Advances in Urology |
| 2012-present | Journal of Surgical Oncology, Editor (Section) |

**Editorial Consultant/Reviewer**

| | |
|---|---|
| 1985-Present | Referee, Cancer |
| 1986-Present | Referee, Journal of Urology |
| 1989-2002 | Referee, Cancer Research |
| 1992-Present | Referee, Urology |
| 1992-Present | Referee, Journal of Endourology |
| 1994-1996 | Referee, Digestive Diseases and Sciences |
| 1994 | Referee, Clinical and Diagnostic Laboratory Immunology |
| 1996 | Referee, International Journal of Cancer |
| 1998-Present | Referee, Journal of the American College of Surgeons |
| 2005-Present | Referee, Journal of Surgical Oncology |

**University and Medical School Committees**

| | |
|---|---|
| 1997 | Member, Search Committee for Kurtz Professorship in Pathology |
| 1997-1998 | Member, Department of Surgery, The Ohio State University, Ambulatory Surgery Center Planning Committee |
| 1996-Present | Member, Department of Surgery, The Ohio State University, Appointment, Promotions and Tenure Committee |
| 1996-Present | Member, Department of Surgery, The Ohio State University, Surgical Program Directors Committee |
| 1996-Present | Member, Board of Directors, Department of Surgery Corporation |
| 1999-2000 | Member, Graduate Advisory Committee for Bruce E. LeRoy, DVM, College of Veterinary Medicine |
| 1999-Present | Member, Department of Surgery Corporation, Fiscal Committee |
| 2000-Present | Member, Department of Surgery, The Ohio State University, Finance and Practice Plan Committee |
| 2000-Present | Member, Department of Surgery, The Ohio State University, Credentialing and Quality Assurance Committee |
| 2000-Present | Member, Department of Surgery, The Ohio State University, Governance Committee |
| 2001-2007 | Member, The Ohio State University, ACGME |

**Foundations/Boards**

| | |
|---|---|
| 1991-1995 | Board of Directors, Northeastern Section of the American Urological Association |
| 1994 | Scientific Advisory Board, Anthra Pharmaceuticals, Inc. |
| 1994 | N.C.I. PDQ External Advisory Board |
| 2005-2007 | Board of Directors, North Central Section of the American Urological Association |
| 2008-2014 | Trustee, The American Board of Urology |

**2010-Present**          Board of Directors, ACSPA-Surgeons PAC

**Grant Information**

**American Cancer Society**

| | | |
|---|---|---|
| $ 90,000 | 1986-1989 | Clinical Oncology Career Development Award: 86-48 |
| $392,000 | 1990-1992 | Research Investigation Grant: Metallothionein Expression and Anticancer Therapy (Co-principal Investigator) |

**American Foundation for Urologic Disease**

| | | |
|---|---|---|
| $ 44,000 | 1989-1991 | American Urologic Association Research Scholar: Metallothionein and Genitourinary Tumor Cytotoxic Drug Resistance |

**Anthra Pharmaceutical, Inc.**

| | | |
|---|---|---|
| $ 23,507 | 1992-1994 | Research Investigation Grant: A Multicenter Phase I Evaluation of AD-32 Administered by Intravesicular Instillation in Patients with Superficial Transitional Cell Carcinoma of the Urinary Bladder |
| $ 30,000 | Jan-June,1997 | Research Investigation Grant: A Phase II Study (A9301): Intravesical AD32 in Patients with Carcinoma in situ of the Bladder who have Failed or have Recurrence Following Treatment with BCG |
| $ 30,000 | Jan-June,1997 | Research Investigation Grant: A Phase II Study (A9303): Intravesical AD32 in Patients with Transitional Cell Carcinoma of the Bladder |

**Bristol Myers Company**

| | | |
|---|---|---|
| $400,000 | 1988-1993 | Tumor Resistance to Chemotherapy: 100-R061 Metallothionein & Cytotoxic Drug Resistance (Co-Principal Investigator) |

**CaP CURE**

| | | |
|---|---|---|
| | 1996-1997 | Induction of an Immune Response to Normal Prostate Antigens as an Immunotherapeutic Strategy for Prostate Cancer (Co-Principal Investigator) |

**Charles and Mary Coen Foundation**

| | | |
|---|---|---|
| $100,000 | 1997-2002 | Prostate Cancer Research Grant |

**Cytogen Corporation**

| | | |
|---|---|---|
| $ 10,500 | 1994-1995 | Research Investigation Grant: Phase III Study of Intravenously Administered III *InF*-Capromab Pendetide in the Evaluation of Patients with Suspected Residual on Recurrent Prostate Cancer Following Radical Prostatectomy who are Scheduled to Undergo Biopsy of the Prostatic Fossa |

**Dacomed Corporation**

| | | |
|---|---|---|
| $ 12,510 | 1990-1992 | Research Investigation Grant: Penile Prosthesis Implantation in Renal Transplant Recipeints |

**Matritech**

| | | |
|---|---|---|
| $ 12,510 | 1990-1992 | Research Investigation Grant: Bladder Tumor Nuclear Matrix Proteins (Co-principal Investigator) |

**National Kidney Cancer Association**

| | | |
|---|---|---|
| $30,000 | 1996-1997 | The Clinical Utility of Renal Cell Carcinoma Associated Nuclear Matrix Proteins (Co-principal Investigator) |

**National Kidney Foundation of W. Penn.**

| | | |
|---|---|---|
| $60,000 | 1996-1997 | Evaluation of Nuclear Matrix Protein Markers in Renal Cell Carcinoma (Co-principal Investigator) |

**N.I.H. (N.C.I.)**

| | | |
|---|---|---|
| $861,186 | 1990-1993 | Therapeutic Correlates of Drug Resistance: 89-CA-12 Metallothionein and Human Tumor Resistance to Chemotherapy (Co-principal Investigator) |
| $363,816 | 1990-1995 | Clinical Investigator Award: K08 CA01490-01 Metallothionein and Cytotoxic Drug Resistance |
| $ 60,000 | 1995-1997 | Shannon Award: 1R55 CA/OD65463 (Co-Investigator) |
| $1,069,390 | 1999-2004 | Characterization of the Bladder Cancer NMP, BLCA-4 (Co-Investigator) |

**Pfizer, Inc.**

| | | |
|---|---|---|
| $ 15,000 | 1997-1999 | DICE Competitive Award: To Assess whether High or Low Dose Doxazosin Improves Urinary Voiding in Patients Undergoing Palladium Brachytherapy for Adenocarcinoma of the Prostate |

**Sterling Winthrop, Inc.**

| | | |
|---|---|---|
| $ 30,656 | 1992-1994 | Research Investigation Grant: 49596-201 A Phase II Safety and Efficacy Study of Oral Zanoterone Administered Daily in Subjects with Metastatic Prostate Cancer |
| $ 85,938 | 1992-1994 | Research Investigation Grant: 49596-005 A Phase II Dose Ranging Efficacy Study of Oral Zanoterone, A New Steroidal Androgen Receptor Antagonist in Men with Symptomatic Benign Prostatic Hyperplasia |
| $ 96,406 | 1993-1995 | A Phase II Dose Ranging Safety and Efficacy Study of Oral Zanoterone as Primary Hormonal Therapy in Subjects with Stage D2 Prostate Cancer |

**Syntex (USA)**

| | | |
|---|---|---|
| $ 96,780 | 1993-1994 | Research Investigation Grant: A Randomized Double-Blind Placebo Controlled Parallel Study to Assess the Efficacy and Safety of Four Oral Dose Levels of RS-15385-197 in Men with Erectile Disorder |

**University of Pittsburgh**

| | | |
|---|---|---|
| $ 5,927 | 1988-1989 | Biomedical Research Grant: Quantitative DNA Analysis & Nuclear Morphometry of Prostatic Adenocarcinoma |

**AUA**

| | | |
|---|---|---|
| $120,000 | 2009-2010 | AUA Award for Research: Phase 0 MRI Study to Detect In Vivo Protein Levels in Prostate Cancer (Co-mentor to Dr. Guang Jia, Ph.D.) |

**Wilex AG**

| | | |
|---|---|---|
| $1,500,000 | 2008- 2009 | A comparative study of PET/CT versus diagnosis CT for the detection of clear cell renal cell carcinoma in pre-surgical patients with renal masses using iodine-124 labeled chimeric G250 (124I-cG250) (Principal Investigator) |

## CME Courses/Postgraduate Courses

| | |
|---|---|
| **Oct. 13-14, 1992** | Controversies in Urologic Oncology; Postgraduate Course #11, 1992 Clinical Congress, American College of Surgeons, New Orleans, LA, (Faculty Member) |
| **May 18, 1994** | Chemotherapy of Superficial and Metastatic Bladder Cancer, PG-70, Annual Meeting of the American Urological Association, San Francisco, CA, (Faculty Member) |

| | |
|---|---|
| **Apr. 26, 1995** | Chemotherapy of Superficial and Metastatic Bladder Cancer, PG-563, Annual Meeting of the American Urological Association, Las Vegas, NV, (Faculty Member) |
| **May 5, 2001** | Ohio State Comprehensive Cancer Center Prostate Cancer Conference, Hilton Inn at Easton, Columbus, OH, (Program Director) |
| **October 2013** | The Ohio State University, Research in Biophysics (Primary Instructor) |

## Extramural Committees

| | |
|---|---|
| **1988-1996** | Cancer Liaison Physician, Presbyterian University Hospital, Pittsburgh, PA (American College of Surgeons Commission on Cancer) |

## Chaired Study Sections and Grant Review Committees

| | |
|---|---|
| **Mar. 7-9, 1999** | Department of Defense (USAMRMC), Prostate Cancer Research Program 1999, Post-Doctoral Traineeship Awards |
| **Sep. 1-3, 1999** | Department of Defense (USAMRMC), Prostate Cancer Research Program 1999, Prostate Cancer Centers Awards (Chair PCRP Centers #2) |
| **Jul. 6-8, 2000** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2000, Individual Awards (Chair Cell Biology #3) |
| **Feb. 13-15, 2000** | Department of Public Health, Commonwealth of Massachusetts, 2000 Prostate Cancer Research Grants Review Committee |
| **Oct. 28-29, 2000** | Department of Public Health, Commonwealth of Massachusetts, 2001 Prostate Cancer Research Grants |
| **May 20-22, 2001** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2001, Individual Awards (Chair Cell Biology #3) |
| **Oct. 27-28, 2001** | Department of Public Health, Commonwealth of Massachusetts, 2002 Prostate Cancer Research Grants Review Committee |
| **Jun. 8-10, 2003** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2003, Individual Awards (Chair Cell Biology #3) |
| **May 18-20, 2004** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2004, Individual Awards (Chair Cell Biology #3) |
| **April 10-12, 2005** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2005, Individual Awards (Chair Pathobiology #1) |
| **Sept. 23-25, 2007** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2007, Clinical Trials Awards (Chair CTA) |
| **Sept. 3-5, 2008** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2008, Clinical Consortium Award (Chair CCA) |
| **July 26-28, 2009** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2009, Clinical and Experimental Therapeutics #2 (Chair CET) |
| **Aug. 1-3, 2010** | Department of Defense (USAMRMC), Prostate Cancer Research Program 2010, Clinical and Experimental Therapeutics #2 (Chair CET) |
| **October, 2012** | Department of Defense Directed Medical Research Programs, Prostate Cancer Research Program 2012, Biomarker Development, Chair |

## Study Sections and Grant Review Committees

| | |
|---|---|
| **Dec. 4-5, 1991** | Reviewer, National Cancer Institute Ad Hoc Special Review Committee FRA 91-CA-09: Cooperative Network for Evaluation of Prognostic Markers of Urinary Bladder Cancer |
| **1993** | Reviewer, Merit Review Board for Oncology, Department of Veterans Affairs |
| **Dec. 14-16, 1994** | Reviewer, National Cancer Institute Ad Hoc Special Review Committee |

|  | RFA CA94-014: Investigator Grants for Clinical Cancer Therapy Research |
|---|---|
| **Nov. 1-2, 1995** | Reviewer, American Foundation for Urologic Disease, Research Scholar Program |
| **Mar. 29-31, 1998** | Reviewer, Doris Duke Charitable Foundation Clinical Scientist Award |
| **November 2012** | Reviewer, American Urological Association Urology Care Foundation Research Scholars Program |

**Site Visitations**

| **Apr. 16, 2001** | UCLA Urologic Oncology Fellowship Program |
|---|---|
| **Dec. 18, 2003** | University of Western Ontario Urologic Oncology Fellowship Program |
| **April 1, 2007** | SUNY Upstate Medical University Residency Program |

**Executive Management Programs**

| **May 30-June 1, 1997** | New Chairs in Urology Management Course, American Urological Association Office of Education |
|---|---|
| **Nov. 1-6, 1998** | Health Leadership in Evolving Health Care Systems, Harvard School of Public Health |
| **Aug. 11-13, 2000** | Management Skills for Chairs in Urology, American Urological Association Office of Education |
| **Nov. 25-29, 2004** | Society of University Urologists Faculty Development Program, Bayer Institute for Healthcare Communication, Inc., New Haven, CT |

**Patents**

Getzenberg, R.H. and **Bahnson, R.R.**, "Bladder Cancer Nuclear Matrix Proteins", 1995 (Awarded 5/98)

**Social**

Member, Scioto Country Club, Upper Arlington, OH
Member, The Golf Club, New Albany, OH

## **Appendix B – Prior Testimony**

Gerson Zubkin et al. v. Bruce A. Garber, M.D.; Pennsylvania Court of Common Pleas; Case No. 090900940 (January 18, 2012).

## <u>Appendix C – Fee Schedule</u>

**<u>Case Review and Reports:</u>**
| | |
|---|---|
| Retainer: | $800.00 (covers first 2 hours of the review) |
| Extended review | $400.00 per hour (by quarter hour segments) |

**<u>Deposition:</u>**
| | |
|---|---|
| Base Fee: | $1000.00 (covers the first 2 hours of the deposition) |
| | (Fee is $1000.00 for all depositions under 2 hours) |
| Extended Fee: | $500.00 per hour after first 2 hours (by quarter hour segments) |

**<u>Trial or Video Testimony:</u>**
| | |
|---|---|
| Expenses: | Travel and Accommodations |
| Retainer: | $1000.00 to confirm trial date (applied toward charges related to trial). |
| Fee: | $600.00 per hour (departure to return home – Port-to-Port) to a maximum of $9,600.00 (16 hours) per calendar day. |

**Appendix D – Materials Relied on, Reviewed, and/or Considered**

| Materials Relied on, Reviewed, and/or Considered by Expert Dr. Robert R. Bahnson |
|---|
| *All materials referenced and/or discussed within the report are incorporated. In addition to the materials within the report, the other materials relied on, reviewed, and/or considered in the preparation of the report are as follows:* |
| **Depositions** |
| Transcript for the Deposition of Dr. Robert Bahnson (7.14.2014), including all accompanying exhibits |
| **Literature** |
| Probable Link Evaluation of Cancer, April 15, 2012 |
| **Medical Records** |
| All Medical Records for Ms. Carla Marie Bartlett kept in the regular course of business in Dr. Bahnson's practice |
| **Expert Reports** |
| Expert Report of Dr. David MacIntosh |
| **Other Documents** |
| Death Certificate of Carl Clem |