UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

This document relates to: <u>ALL CASES</u>.

### ORDER

This matter is before the Court on Plaintiffs' Motion to Strike Late Filing by DuPont (ECF No. 2828), DuPont's Memorandum in Opposition to Plaintiffs' Motion (ECF No. 2831), and Plaintiffs' Reply in Support of their Motion (ECF No. 2834). Plaintiffs ask this Court to strike an affidavit DuPont filed in support of one of its motions for summary judgment that was filed twenty-five minutes past the deadline. DuPont explains that it encountered technical difficulties while filing its ten motions and briefs that were due on that date. There is no sufficient reason to strike DuPont's filing, and therefore, the Court **DENIES** Plaintiffs' motion.

**IT IS SO ORDERED.**

8-19-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE