UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433 |
| | JUDGE EDMUND A. SARGUS, JR. |
| **This document relates to:** | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| *Bartlett v. E. I. du Pont de Nemours and Company, No. 2:13-CV-170* | |

## DUPONT'S PROPOSED VERDICT FORM

Damond R. Mace (0017102) (Trial Attorney)
Stephen M. Fazio (0076873)
Stephanie E. Niehaus (0075511)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8500 (Phone)
(216) 479-8780 (Fax)

C. Craig Woods (0010732)
Aaron T. Brogdon (0081858)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)

Attorneys for Defendant E.I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433 |
| | JUDGE EDMUND A. SARGUS, JR. |
| **This document relates to:** | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| *Bartlett v. E. I. du Pont de Nemours and Company, No. 2:13-CV-170* | |

# VERDICT FORM

**WE THE JURY, BEING DULY IMPANELED, DO HEREBY FIND AS FOLLOWS ON THE CLAIMS BROUGHT BY CARLA BARTLETT AGAINST E. I. DU PONT DE NEMOURS AND COMPANY:**

**1.   Has Carla Bartlett proved by a preponderance of the evidence every element of her claim of negligence?**

ANSWER (circle one in ink)          YES          NO

1._____          5._____

2._____          6._____

3._____          7._____

4._____

**2.     Has Carla Bartlett proved by a preponderance of the evidence every element of her battery claim?**

      ANSWER (circle one in ink)          YES          NO

1._____          5._____

2._____          6._____

3._____          7._____

4._____

**3.     Has Carla Bartlett proved by a preponderance of the evidence every element of her claim of negligent infliction of serious emotional distress?**

      ANSWER (circle one in ink)          YES          NO

1._____          5._____

2._____          6._____

3._____          7._____

4._____

If you answered "YES" to question 1, 2, or 3 (above), please answer Question No. 4.  If you answered "NO" to questions 1, 2, and 3 (above), do <u>not</u> answer Question No. 4 or Question No. 5.

**4.     What sum of money has Carla Bartlett proven by a preponderance of the evidence would fairly and reasonably compensate her for the injuries she suffered as a proximate result of DuPont's conduct?**

$\$_____$**

*\*\*insert in ink either "NONE" or the dollar amount*

1._____       5._____

2._____       6._____

3._____       7._____

4._____


If you awarded any amount of monetary damages in Question No. 4, please answer Question No. 5. If you awarded no damages in Question No. 4, then do <u>not</u> answer Question No. 5.

**5.     Do you find that Carla Bartlett proved by clear and convincing evidence that the conduct of DuPont that caused her injury was done with a conscious disregard for the rights and safety of another person that had a great probability of causing substantial harm?**

ANSWER (circle one in ink)        YES          NO

1._____       5._____

2._____       6._____

3._____       7._____

4._____