**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: E.I. DU PONT DE NEMOURS COMPANY C-8 PERSONAL INJURY LITIGATION** | **CASE NO. 2-13-MD-2433**<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br><br>**MAGISTRATE JUDGE ELIZABETH P. DEAVERS** |

**This document relates to:** *Carla Marie Bartlett v. E.I. du Pont de Nemours and Company*, Case No. 2:13-cv-170.

**PLAINTIFF'S NOTICE OF FILING DEPOSITION DESIGNATIONS**

Plaintiff Carla Bartlett hereby gives notice of filing the following deposition designations, as well as the accompanying Declaration of Timothy O'Brien:

- **Exhibit A**: The deposition designations for John Little as proposed by Plaintiff to be played during trial, before the Court's rulings on Defendant's objections to Plaintiff's deposition designations.

- **Exhibit B**: The deposition designations for Robert Buck as proposed by Plaintiff to be played during trial, before the Court's rulings on Defendant's objections to Plaintiff's deposition designations.

- **Exhibit C**: The deposition designations for Bernard Reilly as proposed by Plaintiff to be played during trial, before the Court's rulings on Defendant's objections to Plaintiff's deposition designations.

- **Exhibit D**: The deposition designations for Clifton Webb as proposed by Plaintiff to be played during trial, before the Court's rulings on Defendant's objections to Plaintiff's deposition designations.
-
- **Exhibit E**: The deposition designations for William Fayerweather as proposed by Plaintiff to be played during trial, before the Court's rulings on Defendant's objections to Plaintiff's deposition designations.

Respectfully submitted,

*/s/ Michael A. London*
Michael A. London
Douglas & London, PC
59 Maiden Lane, 6th Floor
New York, NY  10038
Telephone:  212-566-7500
Fax:  212-566-7501
Email: mlondon@douglasandlondon.com

Robert A. Bilott
425 Walnut Street, Suite 1800
Taft Stettinius & Hollister LLP
Cincinnati, Ohio  45202-3957
Telephone:  513-381-2838
Fax:  513-381-0205
Email: Bilott@taftlaw.com

Jon C. Conlin
Cory Watson, PC
2131 Magnolia Ave., Suite 200
Birmingham, AL  35205
Telephone:  205-328-2200
Fax:  205-324-7896
Email: jconlin@corywatson.com

*Plaintiffs' Steering Committee Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 10th day of November, 2015 and was thus served electronically upon all counsel of record.

*/s/ Michael A. London*