IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E.I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION, JR. | CASE NO: 2:13-MD-2433<br><br>JUDGE EDMUND A. SARGUS,<br><br>MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

This document relates to: **Freeman v. E. I. du Pont de Nemours and Company, Case No. 2:13-cv-1103.**

---

### TRIAL PLAINTIFF DAVID FREEMAN'S NOTICE OF FILING DEPOSITION TRANSCRIPTS

---

Trial Plaintiff David Freeman hereby gives notice of filing of the following deposition transcripts:

- Exhibit A: Deposition Transcript of Mark Schoenberg, M.D., dated February 17, 2016; and

- Exhibit B: Deposition Transcript of Tony Luongo, M.D., dated February 16, 2016.

        Respectfully submitted,

        *s/ Michael A. London*
        Michael A. London
        Douglas & London, P.C.
        59 Maiden Lane, 6th Floor
        New York, NY 10038
        Telephone: 212-566-7500
        Fax: 212-566-7501
        Email: mlondon@douglasandlondon.com

Jon C. Conlin
Cory Watson, P.C.
2131 Magnolia Ave., Suite 200
Birmingham, AL  35205
Telephone:  205-328-2200
Fax:  205-324-7896
Email: jconlin@cwcd.com

Robert A. Bilott
Taft Stettinius & Hollister LLP
Cincinnati, Ohio 45202-3957
Telephone:  513-381-2838
Fax:  513-381-0205
Email: Bilott@taftlaw.com

*Plaintiffs' Steering Committee Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 22nd day of February 2016 and was thus served electronically upon all counsel of record.

*s/ Michael A. London*
Michael A. London