UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

This document relates to:

ALL ACTIONS

ORDER

This matter is before the Court on DuPont's Motion to File Document Under Seal, which is hereby **GRANTED**.  (ECF No. 4589.)  DuPont is permitted to file the document under seal and is also **DIRECTED** to contemporaneously file a public version with any confidential, sensitive medical information redacted.

IT IS SO ORDERED.

7-22-16
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE