UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E.I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to:

*Moody v. E. I. du Pont de Nemours and Company*, Case No. 2:15-cv-803

## DISPOSITIVE MOTIONS ORDER NO. 26

### Defendant's Motion for Summary Judgment on Punitive Damages

This matter is before the Court on Defendant's Motion for Summary Judgment on Punitive Damages (ECF No. 4787), Plaintiff's Memorandum in Opposition to Defendant's Motion (ECF No. 4812), and Defendant's Reply in Support of its Motion (ECF No. 4845). For the reasons the Court set forth in Dispositive Motions Order No. ("DMO") 7 (ECF No. 4185), DMO 12 (ECF No. 4306), and DMO 16 (ECF No. 4520), the Court **DENIES** Defendant's Motion.

IT IS SO ORDERED.

1-10-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE