UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

This document relates to:

**ALL CASES**

## ORDER

The parties have informed the Court that they have reached a global resolution of all of the cases that make up this MDL. The Court hereby **VACATES** all of the current scheduling orders. The parties are **DIRECTED** to file joint status reports every six weeks informing the Court of the progress toward finalization of the settlement and any potential problems.

**IT IS SO ORDERED.**

2-13-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE