UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2-13-MD-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

This document relates to:    <u>ALL ACTIONS</u>

## JOINT STATUS REPORT

Pursuant to the Court's February 14, 2017 Order [ECF 5086], the parties are pleased to report to the Court that a Master Settlement Agreement (MSA) was executed by DuPont and Plaintiffs' Lead Counsel today.  The PSC and DuPont propose that a follow-up status report be filed in 60 days to report on the progress of the implementation of the MSA.

*/s/ David J. Butler*
David J. Butler (0068455)
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: 614-221-2838
Fax: 614-221-2007
Email: dbutler@taftlaw.com

Michael A. London
Douglas & London, PC
59 Maiden Lane, 6th Floor
New York, NY  10038
Telephone: 212-566-7500
Fax: 212-566-7501
Email: mlondon@douglasandlondon.com

*/s/ Kevin T. Van Wart*
Kevin T. Van Wart, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: 312-862-2130
Fax: 312-862-2200
Email: kevin.vanwart@kirkland.com

*Counsel for Defendant E.I. du Pont de Nemours and Company*

Robert A. Bilott
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202-3957
Telephone: 513-381-2838
Fax: 513-381-0205
Email: bilott@taftlaw.com

Jon C. Conlin
Cory Watson, PC
2131 Magnolia Ave., Suite 200
Birmingham, AL  35205
Telephone: 205-328-2200
Fax: 205-324-7896
Email: jconlin@corywatson.com

*Plaintiffs' Steering Committee Co-Lead Counsel*

18859229.1