UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to:

*Judith Ball and Robert Ball v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00309

*Sheila Arnold v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00306

*Nathan Arnold v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00302

*Jimmy Atkins v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00289

*Cindy Bush v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00305

*Charlene Clonch v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00290

*Kelli Hubbard v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00292

*Benjamin King v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00301

*Marvin Luckeydoo v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00293

*Kenneth McClure v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00303

*Janice McKibben v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00300

*Bonnie Mixon v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00298

*Eric Myers v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00291

*Donna Lee Powell v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00299

*Randall Powell v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00296

*Kayla Reed v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00307

*Charles Rickard v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00308

*Danielle Sloan v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00297

*Randall Smith, Personally and as Administrator for the Estate of Lisa S. Smith v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00295

*Ada Thomas v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00304

*Rae Lynn Whaley v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00294

## OPINION AND ORDER

This matter is before the Court on the Joint Motion for Stay of Time to Answer Complaints. (ECF No. 5101) In the Joint Motion, the parties inform the Court that the above-captioned cases are subject to, and are being addressed by, the Master Settlement Agreement ("MSA"), which was signed and executed by the parties in this MDL on March 31, 2017. Accordingly, the parties' request for an Order staying the time for Defendant to answer the Plaintiffs' Complaints, is well taken, and is hereby **GRANTED**.

**IT IS SO ORDERED.**

6-26-207
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**