UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | Case No. 2:13-md-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br>MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| This document relates to: **ALL ACTIONS.** | |

## STATUS REPORT

The parties respectfully submit the following Joint Status Report.

The Master Settlement Agreement ("MSA") was signed and executed by all parties on March 31, 2017. The Court-appointed Claims Administrator, Daniel Balhoff, Esq., is currently accepting and reviewing Claims Packages submitted by participating claimants and issuing individual settlement awards.

Providio LLC, the Court-appointed Lien Administrator, has been retained by the PSC to determine, negotiate, and resolve any governmental and/or private medical liens relating to the claims of the settling plaintiffs, and in is in the process of performing its work in this regard.

On July 6, 2017, the MSA Effective Date was triggered when the parties agreed that the confidential required participation thresholds had been met. As of September 1, 2017, DuPont has caused the Total Settlement Payment under the MSA to be deposited into the Qualified Settlement Funds pursuant to the MSA.

The PSC believes that at this time a case management conference is necessary to address the following issues: (1) outline and describe the process of claims administration and lien resolution going forward; (2) set a hearing date for the motions to be relieved as counsel that

have been filed; and (3) identify a plan to move forward for the plaintiffs that have elected not to participate in the MSA.

| | |
|---|---|
| */s/ Michael A. London* | */s/ Stephen M. Fazio* |
| Michael A. London | Stephen M. Fazio (0076873) |
| Douglas & London, PC | SQUIRE PATTON BOGGS (US) LLP |
| 59 Maiden Lane, 6th Floor | 4900 Key Tower |
| New York, NY  10038 | 127 Public Square |
| Telephone: 212-566-7500 | Cleveland, Ohio 44114 |
| Fax: 212-566-7501 | (216) 479-8500 (Phone) |
| Email: mlondon@douglasandlondon.com | (216) 479-8780 (Fax) |
| | |
| Robert A. Bilott | *Counsel for Defendant E. I. du Pont de Nemours and Company* |
| Taft Stettinius & Hollister LLP | |
| 425 Walnut Street, Suite 1800 | |
| Cincinnati, Ohio  45202-3957 | |
| Telephone: 513-381-2838 | |
| Fax: 513-381-0205 | |
| Email: bilott@taftlaw.com | |
| | |
| Jon C. Conlin | |
| Cory Watson, PC | |
| 2131 Magnolia Ave., Suite 200 | |
| Birmingham, AL  35205 | |
| Telephone: 205-328-2200 | |
| Fax: 205-324-7896 | |
| Email: jconlin@corywatson.com | |
| | |
| *Plaintiffs' Steering Committee Co-Lead Counsel* | |