IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E.I. DU PONT DE NEMOURS COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2-13-MD-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

This document relates to: **ALL ACTIONS**

## ORDER APPROVING INTERIM DISTRIBUTION OF FUNDS TO PROVIDIO, LLC

Upon Plaintiffs' Unopposed Motion seeking for an Interim Distribution of Funds from the MDL No. 2433 Expense Fund account for services rendered by Providio, LLC ("Providio") (the "Motion"), and for good cause shown, the Court hereby enters the following order with respect to the interim distribution of monies from the MDL No. 2433 Expense Fund account:

1. Plaintiffs' motion is hereby **GRANTED**;

2. The Court approves the distribution of $945,000.00 from the MDL No. 2433 Expense Fund account to Providio for the items detailed in Plaintiffs' motion.

**IT IS SO ORDERED:**

11-15-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

1