# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | Case No. 2:13-md-2433<br><br>JUDGE EDMUND A. SARGUS, JR.<br>MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| This document relates to: **ALL ACTIONS.** | |

## STATUS REPORT

The parties respectfully submit the following Joint Status Report.

Pursuant to the reporting obligations outlined in Section 3.2(b) of Exhibit 2 to the Master Settlement Agreement ("MSA"), Daniel J. Balhoff, as Court Appointed Claims Administrator, has confirmed that a Phase One Award was allocated to all 3,576 eligible claimants and reported to the QSF Administrator with an itemized breakdown on a per claimant basis. The Phase One Award total represents the full gross amount available within the Phase One Payments Account per MSA Section 5.1(a) plus any interest earned and available for distribution.  In addition to the Phase One awards, 306 individuals made an application for a Phase Two extraordinary injury fund ("EIF") payment and those submissions were reviewed by the Hon. Daniel J. Stack, the settlement Special Master.

On February 9, 2018, the Special Master certified final approval of Phase Two claim awards. On February 12, 2018, the Claims Administrator reported to the QSF Administrator the total Phase Two claim award amounts with an itemized breakdown on a per claimant basis per determinations made by the Special Master.  The Phase Two award total represents the full gross

amount available within the Phase Two Payments Account per MSA Section 5.1(b) plus any interest earned and available for distribution.

Providio, the Court Appointed QSF administrator, has also confirmed that since the initial distribution for all eligible claimants' Phase One award allocations was made on December 14, 2017, two additional distributions have been completed and a third (the fourth overall) is scheduled for April 12, 2018. Presently, 3,189 claimants received the entirety of their awards with all lien obligations fully cleared and 381 claimants received partial distribution up to a lien holdback pending final lien resolution. Six (6) claimants are not yet eligible for distribution because their lien or liens are not yet finalized and those liens did not have a programmatic or agreed upon hold back to apply.

Additionally, Phase Two awards were included in the most recent distribution. Of the total 306 Phase Two claimants, 255 received the entirety of their Phase Two award, 47 received partial distribution up to a lien holdback and 4 were not eligible.  These four (4) are included in the six (6) Phase One claimants described above whose liens did not have programmatic or agreed upon holdback to apply and where the lien(s) is not yet finalized.

| | |
|---|---|
| */s/ Jon C. Conlin* | */s/ Stephen M. Fazio* |
| Jon C. Conlin | Stephen M. Fazio (0076873) |
| Cory Watson, PC | SQUIRE PATTON BOGGS (US) LLP |
| 2131 Magnolia Ave., Suite 200 | 4900 Key Tower |
| Birmingham, AL  35205 | 127 Public Square |
| Telephone: 205-328-2200 | Cleveland, Ohio 44114 |
| Fax: 205-324-7896 | (216) 479-8500 (Phone) |
| Email: jconlin@corywatson.com | (216) 479-8780 (Fax) |
| | |
| Michael A. London | *Counsel for Defendant E. I. du Pont de Nemours and Company* |
| Douglas & London, PC | |
| 59 Maiden Lane, 6th Floor | |
| New York, NY  10038 | |
| Telephone: 212-566-7500 | |
| Fax: 212-566-7501 | |
| Email: mlondon@douglasandlondon.com | |

Robert A. Bilott
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202-3957
Telephone: 513-381-2838
Fax: 513-381-0205
Email: bilott@taftlaw.com

*Plaintiffs' Steering Committee Co-Lead Counsel*