# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to: <u>ALL CASES</u>.

## ORDER

The Court hereby grants DuPont's Motion for Leave to File Declaration of Damond R. Mace, Esq. in Support of its Response to Case Management Order No. 24 under seal.

**IT IS SO ORDERED.**

Date: 9-10-2018

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE