# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: E.I. DU PONT DE NEMOURS      **CASE NO. 2-13-MD-2433**
COMPANY C-8 PERSONAL INJURY
LITIGATION

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth Preston Deavers**

**This document relates to: ALL ACTIONS**

## OPINION AND ORDER

This matter is before the Court on the Special Master's Report and Recommendation

Regarding the Allocation and Distribution of Common Benefit Fees and Expenses. The Special

Master's Report and Recommendation is detailed, well-reasoned, and legally correct. This

Court, therefore, hereby **ADOPTS** the Special Master's Report and Recommendation Regarding

the Allocation and Distribution of Common Benefit Fees and Expenses in its entirety.

Accordingly, the Court concludes and orders the following:

1. The aggregate amount of the 6% holdback for work performed, and yet to be performed, by the common benefit attorneys is fair and reasonable;

2. The aggregate amount of 3% holdback for reasonable and necessary common benefit expenses is fair and reasonable;

3. The Court APPROVES the allocation of common benefit fees as set forth in Exhibit 1 attached to the Report and Recommendation, and ORDERS that those funds be distributed from the Common Benefit Fund Account to those firms on November 1, 2018;

4. The Court APPROVES the reimbursement of common benefit expenses as set forth in Exhibit 1 attached to the Report and Recommendation, and ORDERS that those amounts be distributed from the Common Benefit Fund on October 15, 2018; and

5. The Court ORDERS the maintenance of the residual balances in the Common Benefit Fee and Expense funds until such time as the Special Master recommends to this Court an appropriate future distribution.

**IT IS SO ORDERED.**

_10-3-2018_
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**