UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to:

*Swartz, et al. v. E. I. du Pont de Nemours and Company, et al.*, Case No. 2:18-cv-0136

## MOTIONS *IN LIMINE* ORDER NO. 13

### October 7, 2019 and January 6, 2020 Hearing on Motions *in Limine*

This matter came before the Court for Final Pretrial Conferences on October 7, 2019 and January 6, 2020. (Tr. at ECF Nos. 5273, 5298.) Upon consideration of the parties' briefs and their arguments presented at the hearing the Court **GRANTED, DENIED, GRANTED IN PART AND DENIED IN PART, AND FOUND MOOT** in accordance with the conclusions made by the Court on the record at the hearing. (ECF Nos. 93–111.)

**IT IS SO ORDERED.**

1-19-2020
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE