UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: E. I. DU PONT DE**
**NEMOURS AND COMPANY C-8**
**PERSONAL INJURY LITIGATION,**

                Civil Action 2:13-md-2433
                **JUDGE EDMUND A. SARGUS, JR.**
                **Magistrate Judge Elizabeth P. Deavers**

**This document relates to:**

*Travis Abbott and Julie Abbott v. E. I. du Pont de*
*Nemours and Company*, **Case No. 2:17-cv-998.**

## MOTIONS *IN LIMINE* ORDER NO. 14

### January 15, 2020 Hearing on Motions *in Limine*

This matter came before the Court for Final Pretrial Conferences on January 15, 2020. Upon consideration of the parties' briefs and their arguments presented at the hearing the Court **GRANTED, DENIED, GRANTED IN PART AND DENIED IN PART, AND FOUND MOOT** in accordance with the conclusions made by the Court on the record at the hearing. (ECF Nos. 112–119.)

    **IT IS SO ORDERED.**

1-19-2020
DATE

                                        **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**