UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E.I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to:

*Travis Abbott and Julie Abbott v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-998

## EVIDENTIARY MOTIONS ORDER NO. 36

### Defendant's Motion to Exclude Expert Opinions Related to Corporate Conduct

This matter is before the Court on Defendant's Motion to Exclude References to a Public Health Duty of Care, or Other Inapplicable or Non-Legal Standards of Conduct (ECF No. 60), Plaintiffs' Memorandum in Opposition (ECF No. 80), and Defendant's Reply (ECF No. 83). For the reasons that the Court set forth in Evidentiary Motions Order No. 25 (MDL ECF No. 5254; *Swartz* ECF No. 83) the Court **DENIES** Defendant's Motion.

IT IS SO ORDERED.

1-19-2020
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE