**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION** | **CASE NO. 2-13-MD-2433** |
| | **JUDGE EDMUND A. SARGUS, JR.** |
| | **MAGISTRATE JUDGE ELIZABETH P. DEAVERS** |
| **This document relates to:  ALL ACTIONS** | |

**ORDER ESTABLISHING THE CORY WATSON QUALIFIED SETTLEMENT FUND AND APPOINTING ADMINISTRATOR**

This matter is before the Court on the Motion to Appoint Lien Resolution Administrator, Establish Qualified Settlement Funds and Appoint a QAF Administrator, which is hereby **GRANTED**.  (ECF No. 5378.)  Neither E.I. du Pont de Nemours and Company nor The Chemours Company (collectively, "Defendants") have opposed, this Court issues the following Order establishing a Qualified Settlement Fund regarding the resolution of claims brought by certain claimants (the "Claimants") through their Counsel (the "Claimants' Counsel") against Defendants.

1. Claimants' Counsel and Defendants' Counsel have informed the Court that a January 21, 20021 Confidential Settlement Agreement (the "Agreement") was executed to resolve individual claims (the "Claims") brought by certain individuals ("the Claimants") against the Defendants. Claimants' Counsel and Defendants' Counsel have affirmed and represented to the Court that Defendants have no responsibility for, or involvement with, the requested Qualified Settlement Fund, the selection of its Administrator, or the determination of specific amount(s) to any

individual settlement participants within the Settlement Program. and that, therefore, Defendants take no position with respect to the terms of this proposed Order.

2.  Establishment of Fund. The Court approves and hereby establishes the Cory Watson Qualified Settlement Fund (the "Fund") to be a Qualified Settlement Fund for federal tax purposes pursuant to Internal Revenue Code § 468B and Treas. Reg. § 1.468B-1.

3.  Appointment of Administrator. Attorney Edgar C. Gentle, III of the law firm Gentle, Turner, Sexton, & Harbison, 501 Riverchase Parkway East, Hoover, Alabama 35244, is hereby appointed to serve as the Fund Administrator and to carry out the duties of Fund Administrator set out in Plaintiffs' Motion and in this Order.

4.  Powers of Fund Administrator. The Fund Administrator shall be authorized to pay Claimants in accordance with the Settlement Program and all lien and subrogation claims respecting each Claimant; to effect qualified assignments of any resulting structured settlement liability within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee; to fund Special Needs Trusts; to distribute all attorney fees and expenses and all litigation fees and expenses to Claimants' Counsel, as well as with those persons who are represented by Claimants' Counsel, consistent with their existing contingency fee contracts and the terms of the Settlement Program; to be paid reasonable fees and expenses of Fund administration; and, upon final distribution of all monies paid into the Fund, to take appropriate steps to wind down and dissolve the Fund and thereafter being discharged from any further responsibility with respect to the Fund. The Fund

Administrator shall only make payments to the Claimants, Counsel for Claimants, and any entities asserting a claim of subrogation, according to and the terms of the Settlement Program, to which Defendants have no input and no involvement, Plaintiffs' Motion.

**IT IS SO ORDERED**

Date: 2/11/2021                               s/Edmund A. Sargus, Jr.
                                              _____
                                              EDMUND A. SARGUS, JR.
                                              UNITED STATES DISTRICT JUDGE