**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION** | **CASE NO. 2:13-md-2433** |
| | **JUDGE EDMUND A. SARGUS, JR.** |
| | **Magistrate Judge Elizabeth P. Deavers** |

This **Document relates to: ALL ACTIONS.**

### ORDER APPOINTING LIEN RESOLUTION ADMINISTRATOR, ESTABLISHING A QUALIFIED SETTLEMENT FUND AND APPOINTING A QSF ADMINISTRATOR

Upon the unopposed Motion to Appoint a Lien Resolution Administrator, Establish a Qualified Settlement Fund and Appoint a Qualified Settlement Fund Administrator (the "Motion"), and for good cause shown, the Court hereby **GRANTS** the Motion (ECF No. 5383) and **ENTERS** the following **ORDER** with respect to appointing a Lien Resolution Administrator, establishing the Qualified Settlement Fund, appointing a Qualified Settlement Fund Administrator and related matters:

1. Archer Systems, LLC ("Archer"), is hereby appointed as Lien Resolution Administrator (the "LRA") pursuant to the terms of the Motion;

2. The Qualified Settlement Fund ("QSF") is hereby established within the meaning of Treasury Regulation Section 1.468B-1;

3. Archer is hereby appointed as the QSF Administrator pursuant to the terms, conditions, and restrictions of this Motion, thereby granting the QSF Administrator the authority to conduct any and all activities necessary to administer the Qualified Settlement Fund as described in this Motion and the MSA, including exhibits thereto;

4. Esquire Bank is hereby appointed as the ("Bank") pursuant to the terms, conditions, and restrictions of the Motion, thereby granting the Bank the authority to conduct any and all activities necessary to hold, invest, and disburse the Deposit proceeds in the Qualified Settlement Fund pursuant to instructions from the QSF Administrator in accordance with this Motion and the Settlement Agreement ("SA"), including exhibits thereto;

5. Archer is hereby authorized to effect qualified assignments of any resulting structured settlement liability or similar vehicle within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee; and

6. As the QSF Administrator, Archer is authorized to segregate settlement funds into subaccounts, distribute all attorney fees and litigation expenses and invest the funds as set forth in this Motion.

**IT IS SO ORDERED:**

**3/11/2021**                                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                                                **EDMUND A. SARGUS, JR.**
                                                                         **UNITED STATES DISTRICT**