# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 5, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jul 10, 2023
DEBORAH S. HUNT, Clerk

Re: E.I. du Pont de Nemours & Co.
　　v. Travis Abbott, et ux.
　　No. 23-13
　　(Your No. 21-3418)

Dear Clerk:

　　The petition for a writ of certiorari in the above entitled case was filed on June 30, 2023 and placed on the docket July 5, 2023 as No. 23-13.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst