UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to: <u>ALL CASES</u>.

### PRETRIAL ORDER NO. 62

### July 12, 2023, Conference Order

This matter came before the Court for a GoToMeeting status conference on July 12, 2023. This Order memorializes the results of the conference as follows:

The parties updated the Court on the progress of the first four trial cases: *Ian and Heather Lynn v. E. I. du Pont de Nemours and Company, et al.*, Case No. 1:22-cv-751 (ECF No. 8), *Martha Marks v. E. I. du Pont de Nemours and Company, et al.*, Case No. 1:23-096 (ECF No. 10), *Joseph and Donna Hall v. E. I. du Pont de Nemours and Company, et al.*, Case No. 2:23-cv-869, and *Cathy Clark v. E. I. du Pont de Nemours and Company, et al.*, Case No. 2:23-cv-882. The parties have worked cooperatively in agreeing to proposed case management dates and will provide to the Court a joint proposed order, *i.e.*, Case Management Order No. 32-A.

The PSC on behalf of Plaintiffs updated the Court regarding the number of cases to be filed, which they believe to be approximately sixty. The defense updated the conference participants and the Court on the posture of its petition for writ of certiorari, which is currently being briefed.

The parties all agree to the continued applicability of CMO No. 3-A.

Last, the Court set the next status conference for Friday, August 10, 2023, at 2:00 p.m. via GoToMeeting.  The parties must confer prior to the conferences and file with the Court, no later than two business days prior to the conference, an agenda of issues to be addressed and the names of counsel who will appear.  If any of those issues relate to proposed orders or other documents the parties plan to discuss with the Court during the conference, those proposed orders or other documents should be submitted with the agenda.

**IT IS SO ORDERED.**

**8/7/2023**                           s/ Edmund A. Sargus, Jr.  
**DATE**                             **EDMUND A. SARGUS, JR.**  
                                      **UNITED STATES DISTRICT JUDGE**

                                      s/ Elizabeth A. Preston Deavers  
                                      **ELIZABETH A. PRESTON DEAVERS**  
                                      **UNITED STATES MAGISTRATE JUDGE**