# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: E. I. DU PONT DE　　　　　　　　　CASE NO. 2:13-md-2433
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

**JUDGE EDMUND A. SARGUS, JR.**

**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:　United States District Court　　　GoToMeeting
　　　　Joseph P. Kinneary U.S. Courthouse
　　　　85 Marconi Boulevard　　　　　　**September 12, 2023 at 12:30 P.M.**
　　　　Columbus, Ohio 43215

TYPE OF PROCEEDING: **Status Conference**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:　August 10, 2023

　　　　　　　　　　　　　　　　　　/s /　Christin M. Werner
　　　　　　　　　　　　　　　　　(By) Christin M. Werner, Deputy Clerk