UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-md-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to: <u>ALL CASES</u>.

### PRETRIAL ORDER NO. 64

### September 12, 2023, Conference Order

This matter came before the Court for a GoToMeeting status conference on September 12, 2023.  This Order memorializes the results of the conference as follows:

The parties updated the Court on the progress of the first four trial cases: *Ian and Heather Lynn v. E. I. du Pont de Nemours and Company, et al.*, Case No. 1:22-cv-751 (ECF No. 8), *Martha Marks v. E. I. du Pont de Nemours and Company, et al.*, Case No. 1:23-096 (ECF No. 10), *Joseph and Donna Hall v. E. I. du Pont de Nemours and Company, et al.*, Case No. 2:23-cv-869, and *Cathy Clark v. E. I. du Pont de Nemours and Company, et al.*, Case No. 2:23-cv-882. The parties have worked cooperatively and are progressing through discovery.  The first trial, which has yet to be chosen from these cases, shall be held on September 9, 2024.  (Case Management Order No. 32-A at 2, ECF No. 5425.)

The Plaintiffs' Steering Committee on behalf of Plaintiffs updated the Court regarding the number of cases to be filed, which they still believe to be approximately sixty-nine.  The PSC believes that the cases will be equally split between West Virginia and Ohio plaintiffs.

Last, the Court set the next status conference for October 13, 2023, at 3:00 p.m. via GoToMeeting.  The parties must confer prior to the conferences and file with the Court, no later than two business days prior to the conference, an agenda of issues to be addressed and the names of counsel who will appear.  If any of those issues relate to proposed orders or other documents the parties plan to discuss with the Court during the conference, those proposed orders or other documents should be submitted with the agenda.

**IT IS SO ORDERED.**

**9/18/2023**                   <u>s/ Edmund A. Sargus, Jr.</u>
**DATE**                        **EDMUND A. SARGUS, JR.**
                                   **UNITED STATES DISTRICT JUDGE**