# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | Case No. 2:13-md-2433<br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Elizabeth Preston Deavers |

_____

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | | |
|---|---|---|
| Place: | United States District Court<br>Joseph P. Kinneary U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | **Telephone**<br>**January 4, 2024 at 3:00 p.m.** |

**TYPE OF PROCEEDING:** **TELEPHONE STATUS CONFERENCE**

The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **2433.**

                                                                EDMUND A. SARGUS, JR.
                                                                UNITED STATES DISTRICT JUDGE

**DATE: November 19, 2023**

                                                                 s/ Christin M. Werner_____
                                                               **(By) Christin M. Werner, Deputy Clerk**