UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE NEMOURS
AND COMPANY C-8 PERSONAL
INJURY LITIGATION

Case No. 2:13-md-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth A. Preston Deavers

This document relates to: ALL CASES.

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend the Deadline to File Stipulations of Dismissal for Settled Cases. (ECF No. 5509.) The parties have filed stipulations of dismissal in *Joseph and Donna Hall v. E. I. du Pont de Nemours and Co.*, Case No. 2:23-cv-869 and *Ian and Heather Lynn v. E. I. du Pont de Nemours and Co.*, Case No. 1:22-cv-751, and represent that "releases for all the other settling claimants, both filed and unfiled, have been provided to and accepted by DuPont." (*Id.*) The parties request an extension until December 31, 2024, to file the remaining stipulations of dismissal. (*Id.*)

For good cause shown, the Joint Motion to Extend the Deadline to File Stipulations of Dismissal for Settled Cases is **GRANTED**. (ECF No. 5509.) The Court **ORDERS** that the remaining stipulations of dismissal in this MDL shall be filed **on or before December 31, 2024**. Each stipulation shall be filed only on the relevant individual docket. The Clerk is **DIRECTED** to file this Order on the main MDL docket. The main MDL remains open.

**IT IS SO ORDERED.**

**12/10/2024**　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　　EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE