# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2-13-MD-2433 <br><br> JUDGE EDMUND A. SARGUS, JR. <br><br> MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| This document relates to: **ALL ACTIONS** | |

## ORDER ESTABLISHING THE QUALIFIED SETTLEMENT FUND AND APPOINTING QSF ADMINISTRATOR

Upon the Motion of the Plaintiffs, which neither E.I. du Pont de Nemours and Company nor The Chemours Company (collectively, "Defendants") have opposed, this Court issues the following Order establishing a Qualified Settlement Fund regarding the resolution of claims brought by claimants (the "Claimants") through their Counsel (the "Claimants' Counsel") against Defendants.

1. Claimants' Counsel and Defendants' Counsel have informed the Court that the parties agreed to a settlement to resolve claims, both filed and unfiled, against Defendants. The final Confidential Settlement Agreement (the "Agreement") has been executed to resolve individual claims (the "Claims") brought by certain individuals ("the Claimants") against the Defendants. Claimants' Counsel and Defendants' Counsel have affirmed and represented to the Court that Defendants have no responsibility for, or involvement with, the requested Qualified Settlement Fund, the selection of its Administrator, or the determination of specific amount(s) to any individual settlement participants within the Settlement Program and that,

therefore, Defendants take no position with respect to the terms of the proposed Order.

2.  <u>Establishment of Fund</u>. The Court approves and hereby establishes the C8 Qualified Settlement Fund (the "Fund") to be a qualified settlement fund for federal tax purposes pursuant to Internal Revenue Code § 468B and <u>Treas. Reg.</u> § 1.468B-1.

3.  <u>Appointment of Administrator</u>. Attorney Edgar C. Gentle, III of the law firm Gentle, Turner & Benson, LLC, 501 Riverchase Parkway East, Hoover, Alabama 35244, is hereby appointed to serve as the Fund Administrator and to carry out the duties of Fund Administrator set out in Plaintiffs' Motion and in this Order.

4.  <u>Powers of Fund Administrator</u>. The Fund Administrator shall be authorized to pay Claimants in accordance with the Settlement Program and all lien and subrogation claims respecting each Claimant; to effect qualified assignments of any resulting structured settlement liability within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee; to fund Special Needs Trusts; to distribute all attorney fees and expenses and all litigation fees and expenses to Claimants' Counsel, as well as with those persons who are represented by Claimants' Counsel, consistent with their existing contingency fee contracts and the terms of the Settlement Program; to be paid reasonable fees and expenses of Fund administration; and, upon final distribution of all monies paid into the Fund, to take appropriate steps to wind down and dissolve the Fund and thereafter being discharged from any further responsibility with respect to the Fund. The Fund

Administrator shall only make payments to the Claimants, Counsel for Claimants, approved third parties with litigation related expenses, and any entities asserting a claim of subrogation, according to the terms of the Settlement Program, to which Defendants have no input and no involvement, referenced in Plaintiffs' Motion.

**IT IS SO ORDERED:**

Date:   12/10/2024

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE